## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RURAL EMP●WERMENT ASSOCIATION
FOR COMMUNITY HELP, et al.,

              Plaintiffs,

       v.

U.S. ENVIRONMENTAL PROTECTION
AGENCY, et al.,

              Defendants.

Case No. 1:18-cv-02260

## UPDATED CERTIFIED INDEX TO THE ADMINISTRATIVE RECORD

I, Reginald Cheatham, am the Director of the Office of Emergency Management (OEM) in the Office of Land and Emergency Management (OLEM) in the United States Environmental Protection Agency (EPA).  I certify that the attached index constitutes the updated Certified Index to the Administrative Record and lists documents comprising the record for the EPA guidance documents entitled: "How do the reporting requirements in EPCRA Section 304 apply to farms engaged in "routine agricultural operations"?" and "How does the Fair Agricultural Reporting Method (FARM) Act impact reporting of air emissions from animal waste under CERCLA Section 103 and EPCRA Section 304?".

In witness thereof, I have signed my name this **2·9** day of March, 2019, at EPA headquarters in Washington, D.C.

Reggie Cheatham

Director

Office of Emergency Management

Office of Land & Emergency Management

U.S. Environmental Protection Agency

Headquarters, Washington, DC 20460

INDEX TO THE ADMINISTRATIVE RECORD FOR "HOW DO THE REPORTING REQUIREMENTS IN EPCRA SECTION 304 APPLY TO FARMS ENGAGED IN 'ROUTINE AGRICULTURAL OPERATIONS'?"

**UPDATED INDEX TO THE ADMINISTRATIVE RECORD FOR
"HOW DO THE REPORTING REQUIREMENTS IN EPCRA SECTION 304 APPLY TO
FARMS ENGAGED IN 'ROUTINE AGRICULTURAL OPERATIONS'?"**

1.    EPA, "Does EPA interpret EPCRA Section 304 to require farms to report releases from animal waste?" (Oct. 25, 2017)

2.    EPA, "How do the reporting requirements in EPCRA Section 304 apply to farms engaged in 'routine agricultural operations'?" (Apr. 27, 2018)

3.    EPA, "What hazardous chemicals are reportable for farmers under 311 and 312?" (EPA EPCRA Frequent Questions Website: https://emergencymanagement.zendesk.com/hc/en-us/articles/211416278-What-hazardous-chemicals-are-reportable-for-farmers-under-311-and-312-)

4.    EPA, "Agricultural use exemption and fuels" (EPA EPCRA Frequent Questions Website: https://emergencymanagement.zendesk.com/hc/en-us/articles/212089587-Agricultural-use-exemption-and-fuels)

5.    EPA, "Agricultural use exemption and chemicals used for fish farming" (EPA EPCRA Frequent Questions Website: https://emergencymanagement.zendesk.com/hc/en-us/articles/212089597-Agricultural-use-exemption-and-chemicals-used-for-fish-farming)

6.    EPA, "CERCLA and EPCRA Reporting Requirements for Air Releases of Hazardous Substances from Animal Waste at Farms" (Jan. 2018 No. 520-F-17-001)

7.    Public comments received as part of the issuance of the October 25, 2017 guidance:

    A.    Email from Scott Yager, National Cattlemen's Beef Association, November 22, 2017 on EPA's guidance for air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA.

    B.    Email with attached comment from Jim Magagna, Wyoming Stock Growers Association, (forwarded by Rebecca Perrin, EPA Region 8 Agriculture Advisor) November 22, 2017 on EPA's guidance for air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA.

    C.    Email from Richard Stowell, University of Nebraska, November 2, 2017 on EPA's guidance for air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA.

    D.    Email from Nathan Bowen with attached comments from Britt Aasmundstad, National Association of State Departments of Agriculture, November 21, 2017 on EPA's guidance for air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA.

    E.    Email from Melanie Gaebe with attached comments from Doug Goehring, North Dakota Dept. of Agriculture, December 5, 2017 on EPA's guidance for reporting

air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA.

F.  Email from J. David Aiken, Department of Agricultural Economics, University of Nebraska-Lincoln, December 8, 2017, comments on EPA's guidance for reporting air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA.

G.  Email from Julie McCaleb, individual cattle producer, December 15, 2017, comments on EPA's guidance for reporting air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA.

H.  Email with attached comments from Ray Hilburn, Alabama Poultry and Egg Association, December 22, 2017, on EPA's guidance for reporting air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA.

I.  Email with attached comments from Michael C. Formica, National Pork Producers Council, December 1, 2017, on EPA's guidance for reporting air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA.

J.  Email with attached comments from Jonathan J. Smith, Eve Gartner and Peter Lehner, Earthjustice, November 22, 2017 on behalf of Center for Food Safety, Earthjustice, Environmental Integrity Project, Humane Society of the United States, Sierra Club, and Waterkeeper Alliance on EPA's guidance for reporting air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA. 13 pgs. of comments plus Exhibits 1-7 plus 6 attachments to Exhibit 7 (Volume 1).

      2 attachments:

Volume 2: 12 remaining attachments to Exhibit 7 to comments from Jonathan J. Smith et al., Earthjustice on EPA's guidance for reporting air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA.

Volume 3: Exhibits 8-13 to comments from Jonathan J. Smith et al., Earthjustice on EPA's guidance for reporting air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA.

K.  Email with attached comments from Jonathan J. Smith, Eve Gartner and Peter Lehner, Earthjustice, November 22, 2017, on behalf of signatories for 64 individuals, business owners, and community, health, environmental, religious, and socially responsible agriculture organizations, on EPA's guidance for reporting air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA.

L.  Email from Tarah Heinzen, Food & Water Watch with attached comments from Tarah Heinzen, Food & Water Watch; Hannah Connor, The Center for Biological

Diversity; and Peter Brandt, The Humane Society of the United States, November 22, 2017, on EPA's guidance for reporting air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA.

M.   Email from Pam McKay-Taylor with attached comments from Wallace L. Taylor, Iowa Chapter of the Sierra Club, November 19, 2017 on EPA's guidance for reporting air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA.

N.   Email from Robert Martin, Johns Hopkins with attached comments from Keeve E. Nachman et al, Johns Hopkins Bloomberg School of Public Health; Beth J. Feingold, University at Albany School of Public Health; Brent F. Kim et al, Johns Hopkins Center for a Livable Future; and Sacoby Wilson, University of Maryland-College Park School of Public Health, November 24, 2017, on EPA's guidance for reporting air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA. With 3 attachments.

Attachment 1- Table of Contents list for Appendices to comments, Tabs 1-13 and Tab 1: Pew Commission on Industrial Farm Animal Production, *Putting Meat on the Table: Industrial Farm Animal Production in America*, 2008, available at http://www.pcifapia.org/_images/PCIFAPFin.pdf (accessed November 16, 2017).

Attachment 2- Tab 2: National Research Council of the National Academies (NRC), Air Emissions from Animal Feeding Operations: Current Knowledge, Future Needs, 2003, Washington, DC: National Academies Press.

Attachment 3 – Tabs 3-13 (10 documents) as appendices to comments from Johns-Hopkins Bloomberg School of Public Health.

O.   Email from Katlyn Clark, November 27, 2017 with attached comments from Betsy Nicholas, Waterkeepers Chesapeake and 15 other signatories, November 24, 2017, on EPA's guidance for reporting air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA.

P.   Email from Steve Brittle, Don't Waste Arizona, November 21, 2017, with comments on EPA's guidance for reporting air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA.

Q.   Email from Jane Magee, November 23, 2017 with comments on EPA's guidance for reporting air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA.

R.   Email from Margaret Whiting, November 22, 2017 with comments on EPA's guidance for reporting air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA.

S.     Email from Linda Butler, November 22, 2017 with comments on EPA's guidance for reporting air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA.

T.     Email from Sharon Campbell, November 22, 2017 with comments on EPA's guidance for reporting air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA.

U.     Email from Elaine Kotzyba-Morgan, November 21, 2017 with comments on EPA's guidance for reporting air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA.

V.     Email from Lorna Proper, November 21, 2017 with comments on EPA's guidance for reporting air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA.

W.     Email from Lloyd Rogers, November 21, 2017 with comments on EPA's guidance for reporting air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA.

X.     Email from Bob Walls, November 14, 2017 with comments on EPA's guidance for reporting air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA.

Y.     Email from Steven Love, November 14, 2017 with comments on EPA's guidance for reporting air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA.

Z.     Email from Doris Heisler, November 24, 2017 with comments on EPA's guidance for reporting air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA.

AA.    Email from Bill Satterfield, Delmarva Poultry Industry, November 14, 2017, with comments on EPA's guidance for reporting air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA.

BB.    Email from Steven Pratt, Enviro-Ag Engineering, November 6, 2017, with comments on EPA's guidance for reporting air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA.

CC.    Email from Holly Porter, Delmarva Poultry Industry, January 8, 2018, with comments on EPA's guidance for reporting air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA.

DD.    Email from Christine Lorenzo, January 18, 2018 with attached comments on EPA's guidance for reporting air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA.

4

EE.     Email from Christine Gelley, The Ohio State University, January 19, 2018 with attachment, a farm survey results about emissions reporting, as comments on EPA's guidance for reporting air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA.

FF.     Email from Richard Gates and Neslihan Akdenizm, University of Illinois, January 19, 2018, with links to six websites with emissions calculators as comments on EPA's guidance for reporting air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA.

GG.     Email from Geof Dolman, Roselily Farm (cattle), January 29, 2018 with comments on EPA's guidance for reporting air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA.

HH.     Email from Cliff Williamson, American Horse Council, March 22, 2018, with comments on EPA's guidance for reporting air releases of hazardous substances from animal waste at farms under CERCLA and EPCRA.

INDEX TO THE ADMINISTRATIVE RECORD FOR "HOW DOES THE
FAIR AGRICULTURAL REPORTING METHOD (FARM) ACT
IMPACT REPORTING OF AIR EMISSIONS FROM ANIMAL WASTE
UNDER CERCLA SECTION 103 AND EPCRA SECTION 304?"

**INDEX TO THE ADMINISTRATIVE RECORD FOR
"HOW DOES THE FAIR AGRICULTURAL REPORTING METHOD (FARM) ACT
IMPACT REPORTING OF AIR EMISSIONS FROM ANIMAL WASTE UNDER
CERCLA SECTION 103 AND EPCRA SECTION 304?"**

1. EPA, "How does the Fair Agricultural Reporting Method (FARM) Act impact reporting of air emissions from animal waste under CERCLA Section 103 and EPCRA Section 304?" (Apr. 27, 2018)

2. EPA, "Extremely Hazardous Substances List and Threshold Planning Quantities; Emergency Planning and Release Notification Requirements," 52 Fed. Reg. 13,378 (Apr. 22, 1987)

3. EPA, "Reportable Quantity Adjustment," 54 Fed. Reg. 22,543 (May 24, 1989)