**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RURAL EMPOWERMENT ASSOCIATION FOR COMMUNITY HELP, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>    Defendants. | Case No. 18-cv-2260 (TJK) |

**MOTION TO SEAL FILING CONTAINING PRIVILEGED MATERIALS**
**THAT WERE INADVERTENTLY PRODUCED**

Under Local Rule 5.1, the U.S. Environmental Protection Agency and Andrew Wheeler, EPA Administrator (together, EPA), respectfully request that the Court seal the Plaintiffs' response to EPA's motion to dismiss (ECF No. 33), as well as the accompanying exhibits.

Plaintiffs' response to EPA's motion to dismiss quotes and attaches several EPA documents. Two of these documents contain materials protected by attorney-client privilege, work product protection, and deliberative process privilege. These documents were inadvertently produced by EPA in the related litigation, *Waterkeeper v. EPA*, 18-cv-2135 (D.D.C.). EPA discovered the inadvertent production yesterday. In response, undersigned counsel requested that Plaintiffs' counsel destroy the documents and withdraw its response to the motion to dismiss. Plaintiffs have not yet responded to the request. In the meantime, while this issue is being resolved, EPA requests that Plaintiffs' response to EPA's motion to dismiss (ECF No. 33) be sealed in its entirety. EPA will confer with opposing counsel regarding the appropriate next steps, and promptly update the Court once it does so.

1

Dated: August 28, 2019       Respectfully submitted,


            /s/ Meghan E. Greenfield
            Meghan E. Greenfield
            U.S. Department of Justice
            Environment & Natural Resources Division
            Environmental Defense Section
            P.O. Box 7611
            Washington, D.C. 20044
            Telephone: (202) 514-2795
            Facsimile: (202) 514-8865
            Meghan.Greenfield@usdoj.gov

            *Counsel for Defendants*