UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rural Empowerment Association for Community Help, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>United States Environmental Protection Agency, et al.,<br><br>Defendants,<br>and<br><br>National Cattlemen's Beef Association, et al.,<br><br>Intervenor-Defendants. | **CASE NO. 18-cv-02260-TJK**<br><br>**Plaintiff's Opposition to Motion For Remand Without Vacatur**<br><br>**Cross-Motion for Summary Judgment** |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO MOTION FOR VOLUNTARY REMAND WITHOUT VACATUR**

Plaintiffs Rural Empowerment Association for Community Help, Animal Legal Defense Fund, Center for Biological Diversity, Center for Food Safety, Don't Waste Arizona, Environmental Integrity Project, Food & Water Watch, Humane Society of the United States, Sierra Club, Sound Rivers, and Waterkeeper Alliance (collectively, "Plaintiffs") respectfully move this Court for summary judgment on their challenge to the Environmental Protection Agency's ("EPA") unlawful "guidance" and final rule, *Amendment to Emergency Release Notification Regulations on Reporting Exemption for Air Emissions From Animal Waste at Farms; Emergency Planning and Community Right-to Know Act*, 84 Fed. Reg. 27533 (June 13, 2019), exempting industrial livestock operations from reporting their toxic emissions from

animal waste under the Emergency Planning and Community Right-to-Know Act ("EPCRA"). The plain language of EPCRA leaves no room for EPA to exempt these highly polluting facilities from reporting their toxic air emissions. Instead, the statute sets forth a sweeping mandate that large-volume toxic releases *must be reported*. For this reason, the "guidance" and the Rule exempting these industrial livestock operations from their reporting obligations are blatantly unlawful and must be vacated. Plaintiffs move for summary judgment to ensure that the Court has authority to vacate the unlawful guidance and Rule.

For these same reasons, Plaintiffs respectfully oppose EPA's Motion for Voluntary Remand Without Vacatur. Vacatur is the normal remedy for an unlawful rule, and EPA fails to show that remand without vacatur is appropriate.

This motion is based on the following memorandum and declarations, as well as on any subsequently filed reply memoranda.

**Request for Hearing Pursuant to L.R. 7(f).** Plaintiffs respectfully request that the Court schedule an oral hearing on this Motion as soon as possible after conclusion of the briefing.

Respectfully submitted on December 23, 2021.

*/s/ Carrie F. Apfel*
Carrie F. Apfel, D.C. Bar No. 974342
Earthjustice
1001 G Street, NW, Suite 1000
Washington, DC 20001
202.797.4310
capfel@earthjustice.org

Jonathan J. Smith*
Peter Lehner*
Earthjustice 48 Wall Street, 19th Fl.
New York, NY 10005

212.845.7376
jsmith@earthjustice.org
plehner@earthjustice.org

*\* Admitted Pro Hac Vice*

*Counsel for Plaintiffs Rural Empowerment Association for Community Help, Animal Legal Defense Fund, Center for Biological Diversity, Center for Food Safety, Don't Waste Arizona, Environmental Integrity Project, Food & Water Watch, The Humane Society of the United States, Sierra Club, Sound Rivers, and Waterkeeper Alliance*

## CERTIFICATE OF SERVICE

     I hereby certify that on December 23, 2021, I electronically filed the foregoing document by using the Court's CM/ECF system. I certify that the foregoing document is being served this day on all counsel of record, and that service will be accomplished by the Court's CM/ECF system.

     Dated this 23rd day of December 2021.        */s/ Carrie F. Apfel*
                                                                         Carrie F. Apfel