**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Rural Empowerment Association for Community Help, et al., <br><br> Plaintiffs, <br><br> v. <br><br> United States Environmental Protection Agency, et al., <br><br> Defendants, <br> and <br><br> National Cattlemen's Beef Association, et al., <br><br> Intervenor-Defendants. | **CASE NO. 18-cv-02260-TJK** <br><br> **Declaration of Candice Cook** |

## DECLARATION OF CANDICE COOK

I, CANDICE COOK, declare that if called as a witness in this action I would competently testify of my own personal knowledge as follows:

1. I submit this declaration in support of the motion for summary judgment filed by Plaintiffs Rural Empowerment Association for Community Help, Animal Legal Defense Fund, Center for Food Safety, Don't Waste Arizona, Environmental Integrity Project, Food and Water Watch, Humane Society of the United States, Sierra Club, Sound Rivers, Center for Biological Diversity, and Waterkeeper Alliance (collectively, "Plaintiffs") challenging the Environmental Protection Agency's ("EPA") decision to exempt Animal Feeding Operations ("AFOs") from requirements to inform state and local officials about releases of dangerous levels of air pollutants as required by Section 304 of the Emergency Planning and Community Right-to-Know Act ("EPCRA").

2. I am a member of Center for Food Safety ("CFS"). I joined CFS because I am concerned about the environmental, health, and public safety impacts of food and agriculture. I support CFS's efforts to advocate for better and more accurate environmental reporting and for agencies, including EPA, to be more vigilant in requiring animal factories to turn over significant information to the public.

3. I am a resident of Huntingburg, Indiana. My home is approximately seven miles southwest of Huntingburg in an area that is largely agricultural mixed with wooded areas.

4. I am retired from the Gibson-Pike-Warrick Special Education Cooperative, Oakland City, Indiana.

5. I am concerned about how the EPA's EPCRA Exemption may affect my health and quality of life.

6. When my husband and I moved to the Huntingburg area in 1999, there were no animal feeding operations ("AFOs") or confined animal feeding operations ("CAFOs") near our home. We moved here because we love the outdoors and the rural setting outside of Huntingburg. Our property is wooded and borders a small lake. For many years, we spent a lot of time outside in the woods and enjoying the lake. All of that drastically changed about three years ago.

7. Approximately three years ago, the Denu Turkey House began operation one-half mile from my home. The Denu Turkey House is a CAFO that confines an estimated 20,000 – 25,000 turkeys. The Denu Turkey CAFO consists of three barns. Each barn is approximately 500 feet long by 65 feet wide. I based my estimation of 20,000 – 25,000 turkeys on two sources that said CAFO turkeys get 2.5 – 4.0 square feet per bird. In addition, I found a permit online that showed some building sizes and a number of turkeys proposed in each.

8. The operation of the Denu Turkey CAFO has significantly affected my quality of life and enjoyment of my property. When the wind blows out of the southeast, I cannot open my windows because the foul odor is overpowering. There are even times when the odor is overpowering without the wind blowing. This overpowering smell impacts me at least once a week and sometimes as many as 4-5 days per week.

9. The foul odor from the Denu Turkey CAFO is a rotten, disgusting stench similar to sulfur (rotten eggs) mixed with confined feces. It is not the natural, earthy aroma of manure from farm animals on pasture land that most rural people are used to.

10. The stench from the Denu Turkey CAFO affects us in many ways. My husband and I used to sit out on a screened-in porch enjoying the sights, sounds, and clean air of the country, but now we often cannot because of the stench from the Denu Turkey CAFO. We often cannot take our dog for a walk or spend time with our grandchildren outside because of the smell. Sometimes, when I open the door just to let our dog outside, the smell hits me in the face and I have to immediately clap my hand over my nose and retreat into the house.

11. The Denu Turkey CAFO affects me in other ways as well. The Denu Turkey CAFO has almost certainly lowered my property value. I am aware that one study shows that property values on average decrease by 6.6% within a 3-mile

radius of a CAFO and by 88% within one-tenth of a mile from a CAFO. Knowing that the smell from the Denu Turkey CAFO could impact our health, our property value, and the enjoyment of our property at any time has caused constant stress and significant worry about our health and future well-being. I am very concerned that in addition to our reduced quality of life, air-borne particulates from the CAFO are damaging to our health. I worked hard for years and expected to enjoy my retirement but the operation of the Denu Turkey CAFO has substantially and negatively affected the realization of those expectations.

12. I do not believe that the risks of exempting AFOs from reporting under EPCRA have been properly assessed in regards to public health. I pay hard-earned taxes for an EPA that protects my health and well-being, not an EPA that serves big business at the expense of public health. Facilities such as the Denu Turkey CAFO should not be exempt from federal reporting requirements.

13. The EPCRA Exemption threatens my health by allowing industrial facilities like the Denu Turkey CAFO to avoid reporting toxic releases of air pollutants that are known to be hazardous to human health. If the Denu Turkey CAFO followed EPCRA's requirement to report its toxic emissions, then I would be better equipped to protect my health and avoid these toxic gases and smells. In addition, my local emergency responders would be able to use the information to better protect my health and the health of my neighbors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 20, 2021 in Huntingburg, Indiana.

_____
CANDICE COOK