# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rural Empowerment Association for Community Help, et al., <br><br> Plaintiffs, <br><br> v. <br><br> United States Environmental Protection Agency, et al., <br><br> Defendants, <br> and <br><br> National Cattlemen's Beef Association, et al., <br><br> Intervenor-Defendants. | **CASE NO. 18-cv-02260-TJK** <br><br><br> **Declaration of Curtis Ramer** |

# DECLARATION OF CURTIS RAMER IN SUPPORT OF PLAINTIFFS' RURAL EMPOWERMENT ASSOCIATION FOR COMMUNITY HELP, ET AL. COMPLAINT

I, CURTIS RAMER, declare that if called as a witness in this action I would competently testify of my own personal knowledge as follows:

1. I submit this declaration in support of the complaint filed by Plaintiffs Rural Empowerment Association for Community Help, Animal Legal Defense Fund, Center for Food Safety, Don't Waste Arizona, Environmental Integrity Project, Food and Water Watch, Humane Society of the United States, Sierra Club, Sound Rivers, Center for Biological Diversity, and Waterkeeper Alliance (collectively, "Plaintiffs") challenging the Environmental Protection Agency's ("EPA") decision to exempt Animal Feeding Operations ("AFOs") from requirements to inform state and local officials about releases of dangerous levels

of air pollutants as required by Section 304 of the Emergency Planning and Community Right-to-Know Act ("EPCRA").

2. I am a member of Center for Food Safety ("CFS"). I joined CFS because I am concerned about the environmental, health, and public safety impacts of food and agriculture. I support CFS's efforts to advocate for better and more accurate environmental reporting and for agencies, including EPA, to be more vigilant in requiring animal factories to turn over significant information to the public.

3. I am a resident of 4395 West 400 South, Winchester, Indiana 47394. Winchester is the county seat of Randolph County. Randolph County is rural and agricultural. I have lived at this residence since 2002.

4. I earned a Bachelor of Science degree in mechanical engineering from Purdue University. I am an engineer by trade and work in Bloomington, which is about two and a half hours from my home in Winchester. I have an apartment near my job in Bloomington and live there during the week. I spend weekends at my home in Winchester.

5. I am worried about how the EPA's EPCRA Exemption may affect my health and quality of life.

6. When I moved to Winchester in 2002, there were no animal feeding operations ("AFOs") or concentrated animal feeding operations ("CAFOs") near

my home.  In 2005, Union-Go Dairy opened a 2000-cow dairy operation moved in approximately 1.3 miles northeast from my home.  Union-Go Dairy is classified as a CAFO.

7. Around 2007-2008, Maxwell Foods (aka Maxwell Farms) opened its Buena Vista Sow Farm approximately a half-mile east from my home.  The Buena Vista Sow Farm is classified as a CAFO and is permitted for 6,000 sows.  The Buena Vista CAFO is also permitted to have an additional 1,500 pigs over various stages of development.

8. The Buena Vista CAFO consists of four barns. Two barns are approximately 600 feet long by 75 feet wide. The other two barns are approximately 550 feet long by 80 feet wide.  Manure is gathered and stored in a pit under each barn.  Each pit is approximately 7-9 feet deep.

9. Buena Vista CAFO spreads manure from these pits on its fields every spring and fall.  The manure is spread by a drag line system.  The manure is pumped out of the pits with a pumper truck and pumped through a large hose that is connected to a tractor.  An assemblage attached to the tractor allows the manure to be sprayed onto the ground as the tractor operator drives across the farm field.

10. The operation of the Buena Vista CAFO has significantly affected my quality of life.  Not long after Buena Vista CAFO began operating, I stopped using the sunroom in my home.  The sunroom faces east in the direction of the Buena

Vista CAFO and it is not possible to enjoy this part of my home anymore because of the smell from Buena Vista CAFO.

11. For approximately five years, I kept a calendar of how bad the smell was from Buena Vista CAFO. I used a scale of 1 to 10, with 1 being "no smell" and 10 being "overpowering." I would estimate that 20%-25% of the time, the smell is significant and at times overpowering. The smell is especially bad when the wind shifts and blows from the east. It is also really bad in the evenings when the wind dies down and the moisture in the air drags the particulates straight down. I never sleep with the windows open anymore because there have been too many times when I woke up in the middle of the night and the whole house is saturated with the smell of manure.

12. The Buena Vista CAFO has also affected my relationships with friends. I used to have friends over to visit prior to Buena Vista CAFO began operating. I also used to have friends from church over to play softball before Buena Vista CAFO began operating. Now, I do not have friends over as often because of the smell of manure from Buena Vista CAFO.

13. The opening and operation of the Buena Vista CAFO (and the Union-Go Dairy CAFO) has divided this community. When the CAFOs moved in, they bought most of the surrounding residential properties. Of the residents who remain, some have been outspoken about the air quality impacts of the CAFOs

while others have not been. Those residents who are not as directly impacted by the CAFOs air emissions are not sympathetic and consider me and others who are affected by the emissions to be troublemakers.

14.     I have attended meetings with the Indiana Department of Environmental Management ("IDEM"), emailed IDEM, and called IDEM on about improper manure handling and application, as well as other issues, with respect to the Union-Go Dairy and the Maxwell Sow Facility.

15.     The barns and pits at the Buena Vista CAFO, however, are the main problem. While the manure spreading only lasts for a couple of weeks in the spring and fall, the barns and pits are permanent fixtures on the land. When the exhaust fan kicks on at the end of each barn, the smell of manure permeates the surrounding area, including my home. During the summer, these exhaust fans run almost all of the time and there is sometimes no escaping the overpowering smell of manure.

16.     I do not believe that the risks of exempting AFOs from reporting under EPCRA have been properly assessed in regards to public health. Facilities such as the Buena Vista CAFO and Union-Go Dairy CAFO are industrial factory farms that should not be exempt from federal reporting requirements. The EPCRA Exemption threatens my health by allowing AFOs, such as the ones located near

my home, to avoid reporting toxic releases of air pollutants that are known to be hazardous to human health.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 20, 2021 in Winchester, Indiana.

_____
CURTIS RAMER