UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rural Empowerment Association for Community Help, et al.,<br><br>                         Plaintiffs,<br><br>      v.<br><br>United States Environmental Protection Agency, et al.,<br><br>                         Defendants,<br>      and<br><br>National Cattlemen's Beef Association, et al.,<br><br>                         Intervenor-Defendants. | **CASE NO. 18-cv-02260-TJK**<br><br><br>**Declaration of Cynthia Parke** |

## DECLARATION OF CYNTHIA PARKE

I, Cynthia Parke, declare that if called as a witness in this action I would competently testify of my own personal knowledge, as follows:

1. I am a resident of Imboden, in Randolph County, Arkansas. My county is ground zero for chicken houses, or concentrated animal feeding operations (CAFOs), in Arkansas. Randolph County is home to a Peco Foods processing facility, which has expanded the chicken CAFO industry in our area.

2. I became a member of the Animal Legal Defense Fund (ALDF) because I care about animals and believe they need to be protected. ALDF stands up for animals who cannot do it on their own.

3. My husband is 81 years old. He and I moved to our current home about eleven years ago, when we sold our home and left California, because we wanted to live in a rural place where we could keep our windows and doors open in a house full of fresh air. While we both have health issues, we now also suffer from allergies that have become worse since CAFOs have been built locally.

4. Unfortunately, the CAFOs near us have ruined our air quality to the point that we cannot enjoy any fresh air in our community. Many days, our air quality is horrible. We live 3 miles southeast of 6 to 8 chicken CAFOs concentrated in one area, about .5 miles from a major highway, and about 15 miles from flat farmland. In heavy wind when the trucks drive down the highway to dump chicken litter from the CAFOs onto the farmland, so much dust, dirt, feathers, and particles blow out the back of the trucks onto our cars, the road, trees, bushes, everything. It gets picked up in the wind and deposited everywhere in such a thick layer that it is clearly visible.

5. The days when the chickens are moved out are especially bad, with feathers flying out of the trucks doing the transporting. On those days, big rig trucks carrying cages full of chickens can drive back and forth for twelve hours straight. When residents started complaining, they started to make these trips in the middle of the night. We do not receive any notice in advance of these days and when the trucks drive overnight we are even less able to prepare ourselves since we cannot see it happening. They really degrade our quality of life.  Now we keep our windows closed and air conditioning running constantly. Many students, especially those with asthma, cannot go to school on the days when the chicken houses .5 miles from the school are being cleaned out due to how severely the litter trucks impact air quality.

6. Our water quality has also suffered a great deal. We rely on well water. The chicken CAFOs pump so much water out of the ground that wells in our community have gone dry. Neighbors have had to shut down their farming businesses because they no longer have enough water to irrigate their crops. Without our wells we have no other water source; there are no water lines out to our neighborhood and we cannot afford to pay the water company to pipe water out to us.

7. CAFO pollution has affected our ability to enjoy the Eleven Point River, as well. The Eleven Point River became one of the 8 initial units of the National Wild and Scenic River system in 1968, but that designation stops at the Arkansas border. There are approximately 60 CAFOs along the Eleven Point River just within the first fourteen miles or so south from the Missouri border along Highway 93. In heavy rain events, they all drain into the river. The river used to be full of fish and fishermen, but now they are few and far between. Plenty of people have stopped fishing on the Eleven Point River altogether, and I personally will

not eat fish caught there anymore. My husband and I head to the Lake of the Ozarks for fishing, swimming, and boating now.

8. It is nearly impossible to get information about plans for existing or future CAFOs in my community. I first realized the lack of transparency in February 2014 when the Quorum Court approved $150,000 in funding for an unknown infrastructure project. (The Quorum Court functions as a Board of Supervisors, made up of the Justices of the Peace from each of nine districts within Randolph County. They approve loans/grants, the County budget, et cetera.) Only after the Quorum Court approved the funding did they inform us it was actually for a chicken processing plant, and only *then* did they call a public meeting. This lack of access to information makes it very difficult to stay informed about what is happening in my community, and to protect myself accordingly.

9. I am very concerned about the potential for these CAFOs to contaminate the air and water. Many more people are concerned about the effects of these CAFOs and would be interested in learning more about them, but it is very difficult to inquire openly because we are a very close-knit community. Everyone knows everyone, and everyone is someone's brother or sister-in-law or fellow member of their church. Plus there is a very tense relationship between the business owners and the local residents. It is not a safe environment to speak out against the industry, or to ask questions about their effects on our environment and our health.

10. Part of my concern stems from local weather events, which are becoming more extreme and common each year due to climate change, and our location in the floodplain. At least once a year for the past eleven years there has been a big weather event; either heavy rains flood the area or there are ice storms that cause power outages. Early in 2017 the town of Pocahontas flooded and the National Guard had to rescue people by boat. I have seen heavy rains

wash out access to the CAFOs nearby, which leads me to believe the rains are washing away manure and litter from the facilities, too. In these big weather events the utility companies seem to make sure power is restored to the CAFOs first and the local residents second, even when residents are on oxygen and at risk during storms. This makes it clear to me that, short of being required to by law, neither these companies nor the local authorities feel obligated to protect the environment or do what is right for our communities.

11. One of my only sources of information about water quality for the waters around me is the Randolph County Conservation District, which started water testing in different locations. Their tests have shown some really high numbers of nitrates and other pollutants. However, they will not disclose the location of testing, and they only provide monthly reports for the previous month. There is no way for me to know about water contamination in real time, so that I can avoid certain waterways to protect myself.

12. I am very concerned with the lack of notice about potential contamination of my air or water. I could be drinking contaminated water from my well. To protect myself against this, I must pay the local health department to run minor tests; no in-depth testing is available locally whatsoever. And I could be breathing toxic air and have no way of knowing that, either. Because I am not able to use stairs I have stopped attending the monthly meetings of the Quorum Court, but I still review the minutes each month and send in my thoughts. If the Court ever announced any emissions leak—which I am not confident it would—
it would likely be too late for me to protect myself by the time I learned about it. If the U.S. Environmental Protection Agency (EPA) required CAFOs to provide notice of hazardous emissions to me or my local emergency planning board, I would monitor the designated sources to stay informed and act accordingly.

13.     If CAFOs were required to provide notice of hazardous emissions to me or my local emergency planning board, I could stay informed and protect myself from potential contamination without having to speak out at public meetings or draw any attention to myself. I would have my wells tested to make sure my drinking water was not impacted. I would keep my clothes off the line in the yard and stay inside. These minor changes are important to me since I already suffer from health issues that are made worse by poor air quality.

14.     I also value my right to know what is happening in my community, which the EPA has undermined by exempting CAFOs from regulations that apply to other potentially hazardous industries. Without access to information, it is impossible to participate in my local government in a meaningful way. It also takes away my ability to organize with my neighbors, and to be informed about effects to my property value, environment, and personal health.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 17th day of December, 2021, in Imboden, Arkansas.

_____
Cynthia Parke