# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rural Empowerment Association for Community Help, et al., <br><br> Plaintiffs, <br><br> v. <br><br> United States Environmental Protection Agency, et al., <br><br> Defendants, <br> and <br><br> National Cattlemen's Beef Association, et al., <br><br> Intervenor-Defendants. | **CASE NO. 18-cv-02260-TJK** <br><br><br> **Declaration of Daniel E. Estrin** |

## DECLARATION OF DANIEL E. ESTRIN

I, Daniel E. Estrin, declare that I am over 18 years of age and am competent to testify. I have personal knowledge of the facts stated below and, under penalty of perjury, declare as follows:

1.   I am the General Counsel and Advocacy Director of Waterkeeper Alliance, Inc. ("Waterkeeper Alliance"), and have worked with the Waterkeeper movement for more than 25 years. As Waterkeeper Alliance's General Counsel and Advocacy Director, I am responsible for supervising all of Waterkeeper Alliance's legal advocacy work, including all litigation to which Waterkeeper Alliance is a party.

2.   Waterkeeper Alliance is a not-for-profit corporation organized under the laws of the State of New York, and is a charitable corporation under section 501(c)(3) of the Internal Revenue Code. Waterkeeper Alliance maintains its headquarters at 180 Maiden Lane, Suite 603, New York, New York 10038.

3.   Waterkeeper Alliance is a global movement of on-the-water advocates who patrol and protect over 2.5 million square miles of rivers, streams and coastlines in North and South America, Europe, Australia, Asia, and Africa. Waterkeeper Alliance seeks to protect water quality in every major watershed around the world, and to restore and maintain all waterways as drinkable, fishable, and swimmable, consistent with the goals of the federal Clean Water Act, the Emergency Planning and Community Right-to-Know Act ("EPCRA"), and other state and federal laws.

4.   Waterkeeper Alliance works toward this vision through direct advocacy and through the grassroots advocacy of its Waterkeeper Member and Affiliate organizations ("Waterkeeper Organizations"), which are connected and supported by

Waterkeeper Alliance to provide a voice for waterways and their communities. Waterkeeper Alliance (1) supports and empowers Waterkeeper Organizations to protect communities, ecosystems and water quality; (2) promotes the Waterkeeper model for watershed protection worldwide; and (3) advocates for issues common to Waterkeeper Organizations.

5.  Waterkeeper Alliance currently connects more that 350 Waterkeeper member and affiliate organizations in 47 countries on six continents. This includes approximately 150 Basinkeepers, Baykeepers, Bayoukeepers, Canalkeepers, Channelkeepers, Coastkeepers, Creekkeepers, Inletkeepers, Lakekeepers, Riverkeepers, Shorekeepers, Soundkeepers, and Waterkeepers chartered and licensed by Waterkeeper Alliance in the United States ("U.S. Member Organizations") and approximately 20 Waterkeeper affiliate organizations in the United States ("U.S. Affiliate Organizations").

6.  Waterkeeper Alliance supports its U.S. Member and Affiliate Organizations, and individual members of all these organizations, in a number of ways. For example, we engage in direct litigation and other advocacy coordinated with the organizations. We also provide a centralized hub for sharing scientific, legal, and administrative resources with these programs across the country. We expand local Waterkeeper abilities to address environmental issues, and help to provide legal support to member programs. And we protect and administer the trademarks covering the U.S. Member Organization license names described above.

7.  Many of Waterkeeper Alliance's U.S. Member and Affiliate Organizations are actively working to protect their watersheds from pollution caused by

dense concentrations of cattle, dairy, poultry, and/or swine Animal Feeding Operations ("AFOs) and Concentrated Animal Feeding Operations ("CAFOs"). Additionally, these U.S. Member and Affiliate Organizations cumulatively have tens of thousands of individual members who live, work and recreate on waterways and in watersheds across the United States. Some of these members live, work, and recreate in areas affected by AFOs and CAFOs, and they are detrimentally affected by the EPA's failure to monitor and regulate air emissions from animal waste at these facilities.

8. Several Waterkeeper Member and Affiliate Organizations, their members, and their communities are adversely affected by emissions of hazardous substances such as ammonia and hydrogen sulfide released from nearby AFOs and CAFOs. For example, Local Environmental Action Demanded Agency, Inc. ("L.E.A.D. Agency"), an Oklahoma nonprofit corporation, has been a licensed Waterkeeper Member Organization since on or about January 3, 2005 for its Grand Riverkeeper program and since on or about May 13, 2016 for its Tar Creekkeeper program. L.E.A.D. Agency and its members are adversely impacted by ammonia and hydrogen sulfide emissions, and the resulting water pollution, from a dense concentration of poultry AFOs and CAFOs throughout the Grand River and Tar Creek watersheds, as well as from large mushroom growing operation that utilizes poultry waste for composting.

9. L.E.A.D. Agency is also aware of a rapid expansion of poultry AFOs and CAFOs in northeast Oklahoma in 2018 within Grand River watershed. Ammonia and hydrogen sulfide emissions from these facilities are currently or will, in the near future, adversely affect these programs, their members, and the surrounding communities.

Based on L.E.A.D. Agency reports to Waterkeeper Alliance, many community members in the areas where new poultry AFOs and CAFOs are located have reported severe impacts on their health and quality of life from the newly constructed poultry AFOs and CAFOs, including children reporting increasingly severe allergies, older residents with Chronic Obstructive Pulmonary Disease being unable to go outdoors, and breathing problems in people with asthma.

10. Similar issues impact the Pamlico Tar Riverkeeper, Lower Neuse Riverkeeper, and Upper Neuse Riverkeeper, programs of Sound Rivers, a not-for-profit North Carolina corporation licensed as a Waterkeeper Member Organization since on or about June 23, 2015. Sound Rivers and its members are adversely impacted by ammonia emissions and the resulting water pollution from a dense concentration of swine and poultry CAFOs throughout the Neuse and Tar Pamlico watersheds.

11. Waterkeeper Alliance also has more that 15,000 individual members that support Waterkeeper Alliance through financial contributions. Waterkeeper Alliance supports these members by advocating on behalf of their interests in local and national forums, including legislative bodies, government agencies, and courts of law, and keeping them informed about environmental issues that impact their communities and others around the country. Some of these members live, work, and recreate in areas affected by AFOs and CAFOs, and are detrimentally affected by the EPA's failure to regulate air emissions from animal waste at AFOs and CAFOs.

12. Waterkeeper Alliance is a strong advocate for controlling pollution from AFOs and CAFOs. Waterkeeper Alliance regularly organizes training courses and informational panels at topic summits, regional meetings, and at annual Waterkeeper

Alliance conferences that include workshops addressing air and land emissions from AFOs and CAFOs and how such pollution affects neighboring waterbodies and communities. Additionally, Waterkeeper Alliance maintains information on a webpage devoted to AFOs and CAFOs, including information on their regulation, their impacts, and legislative measures to prevent or reduce such impacts. Waterkeeper Alliance also advocates for more stringent regulation of AFOs and CAFOs before state and national officials, and for implementation and enforcement of existing law through litigation. *See e.g.*, *Waterkeeper All. v. EPA*, 853 F.3d 527, 537–38 (D.C. Cir. 2017) (D.C. Circuit held EPA's exemption of CAFOs from the statutory reporting mandates under CERCLA and EPCRA unlawful and vacated the rule) and *Waterkeeper All. v. EPA*, 399 F.3d 486 (2d Cir. 2005) (Second Circuit held portions of EPA's CAFO Regulations were unlawful).

13.     As a result of my work at Waterkeeper Alliance and with Waterkeeper Organizations, including my work on previous litigation challenging EPA's attempt to exempt CAFOs from reporting hazardous substances under EPCRA, I am aware that AFOs and CAFOs emit ammonia and hydrogen sulfide that can pollute the air and be deposited into surface waters, contaminating the receiving waters with nitrogen and other substances. This process can result in water quality degradation, community health problems, and significant environmental harm, particularly contributing to algal blooms that can become widespread and toxic. I am also aware that pollutants released from AFOs and CAFOs, such as ammonia and hydrogen sulfide, pose a health and welfare risk to Waterkeeper Alliance's and Waterkeeper Organization's members and their communities, and impact the environment in a variety of ways that limit the use and

enjoyment of the environment by Waterkeeper Alliance members and their communities.

14. Waterkeeper Alliance's, Waterkeeper Organizations' and their members' interests are injured by the EPA's continued efforts to exempt AFOs and CAFO's from their statutory legal obligation to report emissions of hazardous substances under EPCRA, including this attempt to exempt AFOs and CAFOs from reporting their emissions through a final rule finalized on June 19, 2019, 84 Fed. Reg. 27,533. Access to information about the hazardous substances emitted from AFOs and CAFOs would benefit Waterkeeper Alliance and Waterkeeper Organizations by providing data that will help our advocacy efforts to combat the negative impacts of air emissions from these facilities. Waterkeeper Alliance would use such data to advocate for better regulation of AFO's and CAFOs' air emissions, as well as distribute this information to our members who have a right to know about the hazardous air pollutants released from these facilities near their homes and in their communities, especially given the serious health impacts than can be caused by AFO and CAFO emissions.

15. Waterkeeper Alliance's and Waterkeeper Organizations' members would benefit from the information and knowledge that AFOs and CAFOs are required to provide to regulators about releases of hazardous pollutants so that those regulators can adequately assess and respond to the releases in a manner that is protective of public health and safety. Waterkeeper Alliance believes that if environmental regulators have accurate information about releases of hazardous air pollutants, they will better regulate these sources. This information is also necessary for emergency responders to

effectively monitor and respond to communities exposed to unsafe levels of hazardous air pollutants.

16. If AFOs and CAFOs are required to publicly report their releases of hazardous aerial pollutants, Waterkeeper Alliance expects that some facilities will take voluntary measures to mitigate or even eliminate emissions of hazardous substances from animal waste. Waterkeeper Alliance's mission to protect the environment from AFOs and CAFOs would directly benefit from any mitigation measures undertaken by these facilities in response to reporting requirements.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of December, 2021.

_____

Daniel E. Estrin