# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rural Empowerment Association for Community Help, et al., | |
| Plaintiffs, | **CASE NO. 18-cv-02260-TJK** |
| v. | |
| United States Environmental Protection Agency, et al., | **Declaration of Devon Hall** |
| Defendants, and | |
| National Cattlemen's Beef Association, et al., | |
| Intervenor-Defendants. | |

**DECLARATION OF DEVON HALL**

I, DEVON HALL, declare and state as follows:

1.  I am the Co-Founder and Program Manager at the Rural Empowerment Association for Community Help ("REACH"). Since 2002, REACH has worked to address social, economic, and environmental inequities in and around Duplin County, North Carolina, a rural area with a significant proportion of low-income African-American residents. REACH's primary focus is educating and empowering our community about issues that matter. We work to help people understand that everybody is somebody and has a right to be heard. REACH has about 20 official members, and more than 60 people in our community regularly attend our meetings. In connection with our mission, we often provide our members with information about pollution from industrial animal operations.

2.  I am African-American. I was born and raised in Duplin County, and I've lived here my whole life. I am now 63 years old. My three brothers and three sisters live in Duplin County too, and our children grew up together. Our roots are here. I started REACH because I saw that there was a lack of resources in Duplin County to help people like us, and I worried that my grandchildren's generation might not have any future here.

3.  According to the North Carolina Department of Environmental Quality, there are more than 520 industrial hog operations in Duplin County. Together, these facilities confine almost two-and-a-half million pigs. Over the past ten years or so, the poultry industry has expanded in Duplin County as well. It can be difficult to find information about the poultry industry because many poultry facilities are exempt from permit requirements. I am aware of one report indicating that industrial poultry operations confine more than 16 million turkeys and chickens in our county alone.

4. Industrial animal operations generate a staggering quantity of waste. Hog facilities in Duplin County produce nearly two-and-a-half billion gallons of urine and feces every year. Most facilities store that waste in giant uncovered pits, before spraying it on fields without any prior treatment or disinfection. Industrial poultry operations here generate more than 190,000 pounds of urine- and feces-soiled litter each year. Like hog operations, poultry facilities usually dispose of their waste by spreading it on fields without any prior treatment.

5. I live at 2584 West Wards Bridge Road in Warsaw, North Carolina. REACH's office is located less than a mile away, at 2394 West Wards Bridge Road. There are 39 industrial hog operations and 11 poultry facilities within three miles of my home and the REACH office. *See* Attachment 1. The number of poultry facilities keeps growing. It seems like I can't travel two miles from my house or from REACH's office without seeing a new poultry facility being built.

6. The first thing most people notice about industrial animal operations is the terrible odor. To avoid the nearly constant stench of animal waste, most people in Duplin County close their windows and stay indoors, relying on expensive air conditioning to keep cool. People here have given up some of the most cherished aspects of rural life, like gardening, drying clothes on a line, hosting cookouts, and spending time outdoors. Many of us worry about declining home values. One REACH member has said that he looks for excuses to leave home and stays away longer than necessary, "because the smell that is there depresses [him]."

7. REACH uses scientific research as a tool to educate and empower our community. Common sense tells you that it is not healthy to breathe air that smells bad enough to make you gag, that makes your nose run and your eyes water. At first, I didn't know what chemicals were in the air, causing it to smell so terrible. I began to work as a citizen scientist in

2

2004, because I wanted to understand exactly what I was breathing and how it was likely to affect my body, so that I could better protect myself and help my neighbors protect themselves.

8. Through my work at REACH, I've learned that industrial animal operations smell terrible because they release toxic gases, like ammonia and hydrogen sulfide. I have spoken to hundreds of people whose health has suffered as a result of exposure to these gases. I have personally experienced watery eyes, headaches, and nausea on days when the smell is bad. I know one gentleman who was overcome by hydrogen sulfide while working at a rendering plant—that is, a facility that converts dead animals into industrial fats and oils. He is currently disabled.

9. As REACH's Program Manager, I have co-authored nine published studies documenting the threats that under-regulated industrial animal operations pose to community health. I recently contributed to a study showing that kids who attend school downwind of industrial hog operations are exposed to relatively high levels of hydrogen sulfide, putting them at greater risk of symptoms like difficulty breathing and impaired lung function. *See* Virginia T. Guidry et al., *Hydrogen Sulfide Concentrations at Three Middle Schools Near Industrial Livestock Facilities*, 27 J. of Exposure Science and Envtl. Epidemiology 167 (2017), https://www.nature.com/articles/jes20167.

10. There are probably many people who have suffered health consequences that I do not know about. If you are not aware that industrial animal operations emit toxic gases, you probably would not realize that exposure to those gases could be the cause of your breathing problems.

11. REACH has no interest in putting anybody out of business. But we believe it is possible for industrial animal operations to be more environmentally-friendly and more

3

community-friendly. It is not enough for members of our community to talk about our symptoms and our diminished quality of life. No matter what we say, there will always be some people who think we are just complaining or making things up. My neighbors and I need access to reliable information about toxic air emissions from industrial animal operations so that we can convince government officials to pay attention and take some kind of action to protect us from the chemicals that we breathe on a daily basis.

12. I am aware that the U.S. Environmental Protection Agency has published guidance exempting industrial animal operations from the requirement to report dangerous emissions of toxic gases under the Emergency Planning and Community Right-to-Know Act "EPCRA"). Because of this exemption, I believe industrial animal feeding operations will not make information about their emissions publicly available. If REACH had been given the opportunity to comment on the guidance, we absolutely would have opposed it. It seems to me that government officials have bent over backwards to protect the livestock industry, but they haven't given much thought to protecting ordinary people who suffer and get sick because they live near industrial animal operations.

13. If REACH could access EPCRA reports about toxic gases released from industrial animal operations, we would find a way to share that information with our community, so that everyone would have a better chance of staying healthy. Daycare centers and schools might decide to keep kids inside on days when the air quality is especially bad. I hope that government officials would help spread this information too. When a bad storm comes to town, the government sends out alerts on television and radio. I don't see why releases of toxic gases should be treated any differently.

14. Over the past few years, the odor from industrial animal operations in Duplin County has gotten much worse, because existing facilities haven't changed their practices and new poultry facilities keep opening up. Unless the government starts to regulate toxic gases from industrial animal operations, the odor will keep getting worse. As long as they can keep their emissions a secret from community-members and government regulators, these facilities have no incentive to clean up.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct. Executed this 26th day of October 2018, in Warsaw, North Carolina.

*Devon J. Hall*

Devon Hall
Rural Empowerment Association for Community Help

**ATTACHMENT 1**



Hog and Poultry CAFOs Near Warsaw, NC