UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rural Empowerment Association for Community Help, et al., <br><br> Plaintiffs, <br><br> v. <br><br> United States Environmental Protection Agency, et al., <br><br> Defendants, <br> and <br><br> National Cattlemen's Beef Association, et al., <br><br> Intervenor-Defendants. | **CASE NO. 18-cv-02260-TJK** <br><br><br> **Declaration of Heather Jacobs Deck** |

## DECLARATION OF HEATHER JACOBS DECK

I, Heather Jacobs Deck, declare that I am over 18 years of age and am competent to testify. I have personal knowledge of the facts stated below and, under penalty of perjury, declare as follows:

1. I am the Executive Director of Sound Rivers, Inc. (Sound Rivers), formerly the Pamlico-Tar River Foundation. Prior to becoming Executive Director, from 2003 to 2017, I served as the Riverkeeper for Sound Rivers.

2. Sound Rivers is a member organization of the Waterkeeper Alliance.

3. Sound Rivers works to monitor, protect, and enhance the Neuse and Tar-Pamlico Rivers and their watersheds through advocacy, conservation, and education. These watersheds cover more than 12,000 square miles and include the Pamlico Sound—a major component of the second largest estuary in the United States. Sound Rivers has three Riverkeepers who serve as investigators, advocates, and educators for the watersheds. Sound Rivers further represents the interests of its thousands of members and donors who live in, visit, or love this beautiful region of North Carolina. Sound Rivers and its members seek to ensure clean, safe water, and an ecologically sound and healthy environment for today and for future generations.

4. I reside in Washington, North Carolina with my husband and two daughters.

5. As the Executive Director of Sound Rivers, I am responsible for supervising all employees of Sound Rivers and for providing overall direction to the organization's campaigns and fulfillment of the organization's mission. In addition, I continue some of the activities of my prior role as Riverkeeper when support is required by Sound Rivers' three Riverkeepers. These duties included serving as an advocate for the Tar-Pamlico and Neuse Rivers, their tributaries and estuarine areas; observing, documenting, and reporting environmentally harmful activities; responding to and investigating citizen complaints; and when necessary, calling for enforcement action or initiating litigation. I maintained an on-the-river presence to investigate pollution sources, help support monitoring efforts and clean-up

programs, and administer Sounds Rivers' volunteer programs. My work also entailed coordinating and providing educational programs, as well as assisting with fundraising, membership activities, and grants.

6. In addition to these duties, I keep abreast of academic studies, reports, and publications relating to the health of the Tar-Pamlico River Basin. I regularly communicate with state and federal agencies about threats to the watershed, water quality in the watershed, and what more can be done to protect the watershed's environmental integrity.

7. Since its founding in 1981, Sound Rivers' efforts to protect the Tar-Pamlico and Neuse Rivers and the interests of its members have taken a number of forms. Our work has included efforts to mitigate adverse impacts on the watershed caused by air pollution and toxic releases. For over fifteen years, Sound Rivers has worked with the Department of Environmental Quality's (DEQ's) Estuarine Monitoring team, by alerting them to environmental problems facing the Rivers, such as fish kills or pollutant discharges.

8. Sound Rivers has focused much of its water quality advocacy on protecting the Tar-Pamlico and Neuse Rivers from degradation resulting from too many nutrients (primarily nitrogen, phosphorus and ammonia) in the water. As a result of human activities, the levels of nitrogen and phosphorus entering the Tar-Pamlico and Neuse Rivers has increased, greatly exceeding natural levels. Excessive amounts of nitrogen and phosphorus result in an ecosystem out of balance that leads to extensive algae blooms. When the algae die, the decomposition process robs the water of oxygen, particularly during the summer months. This results in fish kills, including crabs and other biota, in the estuary. Algae blooms also pose a public health risk and the public is advised to avoid contact with waters while blooms are occurring.

9. Unfortunately, the waters of the Tar-Pamlico River Basin have far higher nutrient levels than is optimal. Indeed, the River has been designated by the State, in part as a result of Sound Rivers' advocacy, as "nutrient sensitive." Since the "nutrient sensitive" designation was made, Sound Rivers has worked extensively with the State and other stakeholders to develop implementation strategies to reduce the flow of nitrogen, ammonia, phosphorous, and other nutrients into the River. In particular, Sound Rivers helped develop buffer rules for the Tar-Pamlico, and currently holds seats on the Basinwide Oversight

Committee, Albermarle-Pamlico National Estuarine Partnership, and also participates in the Tar-Pamlico Basin Association.

10. Sound Rivers and its members have long been concerned about the impacts of concentrated animal feeding operations ("CAFOs") on the waters of the Tar-Pamlico and Neuse River Basins. Sound Rivers staff, including myself, has spoken at numerous public meetings advocating for Tar-Pamlico and Neuse nutrient management programs and improved management for CAFOs to prevent nutrient impacts to our waterways.

11. One of the key contributors to degradation of water quality in our Basin is deposition of nitrogen caused by the emission of ammonia from livestock operations such as CAFOs. Ammonia from CAFOs is carried by prevailing winds for up to 100 miles, and is deposited through wet and dry deposition on land and in water in the form of nitrogen. As a result of emissions from CAFOs, ammonia levels and other forms of nitrogen in the Tar-Pamlico and Neuse watersheds have increased. This contributes to the eutrophication of the waters, which degrades water quality and interferes with our members' ability to safely and enjoyably recreate and live in the River Basins. Through my work with local scientists, I understand that approximately 40% of nitrogen entering the estuary is attributable to ammonia from livestock operations.

12. Despite Sound Rivers' efforts to improve the water quality and reduce the nutrient loading in the Tar-Pamlico and Neuse River Basins, Sound Rivers and its members' interests are injured by the EPA's failure to adequately regulate and monitor air emissions from animal waste at livestock operations.

13. One of the biggest challenges faced by Sound Rivers and its members is the lack of information regarding air emissions of toxic chemicals such as ammonia from CAFOs. Sound Rivers staff members and regulators and emergency responders lack the information necessary to protect the water quality of the Tar-Pamlico and Neuse Rivers. Without monitoring and mandatory reporting of air emissions from CAFOs, accurate estimation of the impacts of these emissions on water quality is impossible.

14. If information about the emissions from animal waste at livestock operations had to be reported in the same way that emissions from other industrial emissions were reported, emergency responders would

be better able to protect the health and safety of the surrounding communities, and Sound Rivers and its members could use this information to take actions to protect their health. This would benefit me and my family. In addition, Sound Rivers would directly benefit from such information and would use it to better assess and address the impacts that air emission from CAFOs have on the Tar- Pamlico and Neuse River Basins. Furthermore, providing regulators with accurate and consistent information on emissions of hazardous pollutants from livestock operations would enable them to better regulate these sources to protect the community's health and support sustained environmental quality. This would provide Sound Rivers with additional legal tools for improving water quality, better enabling us to fulfill our mission.

15. Sound Rivers submitted comments along with other groups opposing EPA's proposed rule exempting CAFOs from reporting under EPCRA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed December 15, 2021

_____
Heather Jacobs Deck