# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rural Empowerment Association for Community Help, et al., | **CASE NO. 18-cv-02260-TJK** |
| Plaintiffs, | |
| v. | **Declaration of Jane Williams** |
| United States Environmental Protection Agency, et al., | |
| Defendants, and | |
| National Cattlemen's Beef Association, et al., | |
| Intervenor-Defendants. | |

## DECLARATION OF JANE WILLIAMS

I, Jane Williams, declare that I am over 18 years of age and am competent to testify. I have personal knowledge of the facts stated below and, under penalty of perjury, declare as follows:

1. I am the Chair of the Sierra Club's national Air Grassroots Network Team. The Sierra Club is a national nonprofit organization of approximately 795,000 members dedicated to exploring, enjoying, and protecting the wild places of the earth; to practicing and promoting the responsible use of the earth's ecosystems and resources; to educating and enlisting humanity to protect and restore the quality of the natural and human environment; and to using all lawful means to carry out these objectives.

2. The Sierra club is very concerned about pollution and public health impacts from Concentrated Animal Feeding Operations (CAFOs). Sierra Club's CAFO campaign began over two decades ago when it was designated one of our four national priority campaigns. Its goal was to keep factory farm pollution out of America's drinking water, lakes and rivers, and eliminating the threats that CAFOs pose to our public health and rural heritage.

3. Sierra Club members live near CAFOs, recreate downstream from CAFOs and receive drinking water from sources that may be affected by pollution from CAFOs. CAFOs are poorly controlled or uncontrolled sources of nutrients, pathogens, hormones, antibiotics and toxic chemicals. Pollution from CAFOs poses a threat to our members, recreational activities, health and quality of life.

4. Sierra Club lobbies for stronger environmental controls over CAFOs at the federal and state levels. It comments on proposed rules and challenges inadequate agency actions through litigation. It engages in shareholder actions as a means of improving the environmental

performance of companies that own or operate CAFOs. It sues individual CAFOs that violate laws. It produces training material to strengthen our members' ability to fight CAFO pollution.

5. I myself, along with many other Sierra club volunteers and staff, have worked for many years with Sierra Club members around the nation who are confronting CAFO facilities operating in or attempting to locate in their communities. ln assisting these communities the Sierra Club has been a major player in the national effort to address pollution from factory farms. Specific examples of Sierra Club's work in some states follows:

6. In Mississippi, we worked with our Mississippi chapter to address the environmental justice problems associated with where CAFOs were located. In Iowa, the local Club became involved as large CAFO operations bought out small farms and turned family farmers into contract laborers. In Missouri and Oklahoma, Sierra Club staff assisted local residents faced with air and water pollution. Rivers in Texas are impacted by many large dairy operations, so the Sierra Club funded a water sentinels project for these watersheds for years – creating teams of trained volunteers to sample and develop a database of water quality on these rivers.

7. Ultimately, CAFO developers moved west and Sierra Club staff and volunteers have now assisted communities in many western states. California has always had many large factory farms, but opposition to CAFOs increased because of threats to the Central Valley, the headwaters of the rivers that feed the San Francisco Bay Delta. Here the Sierra Club legal team won a major victory by preventing a 29,000-cow dairy from locating near Bakersfield.

8. I am aware also that the Kansas Chapter recently sponsored a lawsuit challenging the expansion of a large hog operation where the state sought to avoid restrictions on the size of CAFOs by arbitrarily treating the operation as two separate CAFOs. I am aware that the Atlantic

Chapter recently won a challenge to New York's general discharge permit for CAFOs that failed to provide adequate opportunities for public participation in the permitting process.

9. More broadly, the Club has fought to secure strong air reporting requirements for CAFOs by challenging EPA's 2008 decision to exempt CAFOS from hazardous substance reporting requirements under the Emergency Planning and Community Right-to-Know Act (EPCRA) and Comprehensive Environmental Response, Compensation and Liability Act (CERCLA). I am aware that, in *Waterkeeper Alliance v. EPA*, 853 F.3d 527, 537–38 (D.C. Cir. 2017), the D.C. Circuit struck down EPA's attempt to exempt CAFOs from reporting requirements under both EPCRA and CERCLA.

10. I am also aware that, despite the D.C. Circuit ruling striking down EPA's exemption of CAFOs form air reporting requirements, EPA has nevertheless implemented new guidance that exempts CAFOs from reporting under EPCRA.  EPA has denied the public information about CAFO air emissions for over a decade now.  This lack of information hampers Sierra Club's efforts to inform its members about the harms of CAFO air emissions and to advocate for decreases or better protections from these emissions.

11. EPA also failed to provide adequate public notice and opportunity for public comment when it published its air reporting exemption guidance.  EPA failed to provide any notice in the federal register or invite public comment through the Administrative Procedure Act, which is an obstacle to Sierra Club's and the public's participation in the rulemaking process as required by law.  It is only by hiding its actions from public scrutiny that EPA was able to pass such an illegal and harmful "guidance."

I declare under penalty of perjury that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 9, 2018

*[signature]*

Jane Williams