# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rural Empowerment Association for Community Help, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>United States Environmental Protection Agency, et al.,<br><br>Defendants,<br>and<br><br>National Cattlemen's Beef Association, et al.,<br><br>Intervenor-Defendants. | **CASE NO. 18-cv-02260-TJK**<br><br>**Declaration of Jaydee Hanson** |

## DECLARATION OF JAYDEE HANSON

I, JAYDEE HANSON, declare that if called as a witness in this action I would competently testify of my own personal knowledge as follows:

1. I submit this declaration in support of the motion for summary judgment filed by Plaintiffs Rural Empowerment Association for Community Help, Animal Legal Defense Fund, Center for Food Safety, Don't Waste Arizona, Environmental Integrity Project, Food and Water Watch, Humane Society of the United States, Sierra Club, Sound Rivers, Center for Biological Diversity, and Waterkeeper Alliance (collectively, "Plaintiffs") challenging the Environmental Protection Agency's ("EPA") decision to exempt Animal Feeding Operations ("AFOs") from requirements to inform state and local officials about releases of dangerous levels of air pollutants as required by Section 304 of the Emergency Planning and Community Right-to-Know Act ("EPCRA").

2. I am the policy director at the Center for Food Safety ("CFS").

3. CFS is a tax-exempt, nonprofit membership organization with offices in the District of Columbia; San Francisco, California; and Portland, Oregon. CFS has over one million members across the country. CFS's fundamental mission is to empower people, support farmers, and protect the environment from the harms of industrial agriculture, while supporting sustainable ecological and organic farming.

4. CFS works to protect the environment from harmful food production

methods. These include concentrated animal feeding operations ("CAFOs"). Among CFS's primary concerns are the negative environmental impacts of industrial agriculture technologies: water and air contamination from factory farming, pollution from chemical pesticides, and biological pollution from genetically engineered crops and animals. In addition, CFS protects the interests of its staff and its members in ensuring that food and agriculture are safe for human health and the environment, which includes protecting the natural habitats and wildlife that CFS's staff and members enjoy.

5. I know that many of our members live in communities where industrial livestock operations are present. For many of them, the experience of living near these facilities—especially due to the emissions of odors, gases, and particulate matter—is a large part of what motivated them to join CFS.

6. To that end, CFS provides oversight of governmental activities surrounding industrial agriculture. CFS develops a wide array of educational and informational materials that address the environmental impacts of industrial agriculture, and disseminates the materials to CFS members; policymakers; local, state and federal government personnel; international governmental officials; nonprofit organizations; and interested members of the public. These educational and informational materials include, but are not limited to, reprints of news articles, policy reports, legal briefs, press releases, newsletters, action alerts, and

fact sheets. Through these materials, CFS provides its members with a means of identifying the origin of foods on the market, supporting the public's right to know, and to encourage full public participation in defining the issues presented by industrial agriculture. CFS sends out action alerts to its members, who submit comments and letters to government agencies and officials, respectively, on issues related to industrial agriculture and other issues affecting the sustainability of our food system.

7. Due to CFS's concerns about the human health impacts of emissions of harmful contaminants into the air from CAFOs, we submitted comments to EPA on March 25, 2008, on proposed CAFO exemptions to the release reporting requirements of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA") and EPCRA. After EPA finalized that rule, CERCLA/EPCRA Administrative Reporting Exemption for Air Releases of Hazardous Substances From Animal Waste at Farms, 73 Fed. Reg. 76,948 (Dec. 18, 2008), CFS was a petitioner in a legal challenge to the rule. *See Waterkeeper Alliance v. EPA*, Nos. 09-1017, 09-1104 (consolidated) (D.C. Cir. filed Jan. 15, 2009). In 2017, the D.C. Circuit vacated EPA's 2008 CERCLA/EPCRA exemption, rejecting EPA's argument that the statutory reporting requirements serve no regulatory purpose. *See Waterkeeper All. v. EPA*, 853 F.3d 527, 537-38 (D.C. Cir. 2017).

8. CFS has a vested interest in opposing CAFOs given the significant negative environmental and human health impacts that result from their use of industrial agriculture methods. One of the greatest threats to the environment that CAFOs present stems from their significant concentration and production of animal waste, estimated at 500 million tons annually. Environmental mismanagement of animal waste results in excessive pollution of our nation's waterways, causing eutrophication and hypoxia that deplete waters of their nutrients, reduce biodiversity and aquatic life, and exacerbate greenhouse gas emissions. Large concentrations of animal waste can also result in emissions of harmful contaminants into the air, including ammonia, hydrogen sulfide, endotoxins, particulate matter, and volatile organic compounds. Residents and farmworkers living near CAFOs are greatly affected by animal waste. Groundwater contamination by nitrates is common in areas with shallow water supplies located near CAFOs. In addition, mounting research suggests that as CAFOs are established in certain areas, corresponding health problems, including respiratory, intestinal, and neurological issues, increase in local communities. These symptoms are consistent with those found in CAFO workers. The human health effects on our children may be even greater.

9. Because of these impacts, CFS has an entire program area devoted to opposing animal factories. CFS uses both legal and policy approaches to defend

animal welfare and public health, and prevent further environmental pollution from and corporate control of these facilities. *See* https://www.centerforfoodsafety.org/issues/307/animal-factories.

10. In August 2018, CFS published a report, *Opting Out of Industrial Meat: How to Stand Against Cruelty, Secrecy, and Chemical Dependency in Food Animal Production*. The report provides tools and information to help people shift away from eating meat sourced from CAFOs and to identify alternative, healthier protein sources. Contemporaneous with the publication of this report, CFS launched a companion website. *See* https://endindustrialmeat.org. The website provides a wealth of information about how industrial meat impacts human health and the environment, including how CAFOs impact nearby communities from enormous levels of manure and toxic emissions.

11. This year, CFS published its sixth annual *Chain Reaction Scorecard*, ranking the top twenty fast food and fast casual U.S. restaurant chains that serve beef on the policies and actions related to antibiotic use in their beef supplies. This report highlights the public health crisis of antibiotic resistance resulting from irresponsible antibiotic use in CAFOs.

12. The challenge to the EPCRA Exemption is of fundamental importance to CFS, as information about pollution from CAFOs is critical to our advocacy, to our oversight of governmental activities related to CAFOs, and to the interests of

our members. Because of the EPCRA Exemption, CFS and its members are denied information about emissions from CAFOs to which they have a statutory right. This information is central to CFS's purpose and mission, and is vital for CFS members to be able to live healthy and enjoyable lives on their properties.

I declare under penalty of perjury that the foregoing is true and correct.

Executed December 21, 2021 in Washington, D.C.

                                                /s/ Jaydee Hanson
                                                Jaydee Hanson