# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rural Empowerment Association for Community Help, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>United States Environmental Protection Agency, et al.,<br><br>Defendants,<br>and<br><br>National Cattlemen's Beef Association, et al.,<br><br>Intervenor-Defendants. | **CASE NO. 18-cv-02260-TJK**<br><br>**Declaration of Max Wilson** |

## DECLARATION OF MAX WILSON

I, Max Wilson, declare that I am over 18 years of age and am competent to testify. I have personal knowledge of the facts stated below and, under penalty of perjury, declare as follows:

1. I am a member of the Sierra Club and have been since approximately 2007. I joined the Sierra Club because I am concerned and personally affected by the large animal feeding operations near my home. I believe that Sierra Club does important work on my behalf and on behalf of its other members who are affected by industrial animal agriculture. I support Sierra Club in its efforts to ensure the safety of individuals and communities that live near animal feeding operations.

2. I reside in Hickman, Kentucky.

3. At least three animal feeding operations that house approximately 5,000 hogs each are located within 3.5 miles of my home.

4. I understand that the breakdown of animal waste at animal feeding operations, such as those located near my home, generates toxic gases such as ammonia and hydrogen sulfide. I am very concerned about the negative impact that such toxic releases may have on my health and the health of my family.

5. I regularly spend time outdoors near my home for professional and recreational purposes. I own and operate a crop farming operation and have my shop and machinery storage area next to my residence. I work outside nearly every day during warm weather and many days during the winter months. My home is the basis of operations for my 575-acre farm operation.

6. The yard around my home is approximately three acres and requires about five hours of weekly maintenance. My wife and I frequently enjoy spending time in our yard and on

our deck where we grill, entertain guests and relax. We also take walks and ride bicycles on the road next to our home.

7. We began to experience foul odors after a hog feeding operation began operating near our home in 2008. Since that time we have frequently experienced extremely powerful odors or fumes at our residence and in the shop work area. At times, the fumes become so overpowering that I feel a sense of physical panic and urgent desire to get away from the odor as quickly as possible. I have often experienced a burning of the airway passages when I inhale these fumes. During such times, I am forced to stop working and go inside to get away from the smell. When I've had no choice but to remain outside, I've gotten headaches. I've seen the odor make an employee of mine gag, and would describe it as intensely nauseating.

8. When the odors are present around our home, we retreat inside. We have been forced to curtail entertainment activities and outside recreation because of these odors. The fumes invade our home, even though we make sure to keep the doors and windows closed when they are present. My wife and I find it difficult to sleep while smelling these odors and we have been kept up at night because of them.

9. Because of my concern about the effects from these facilities on my health and the health of my family and neighbors, I took part in an effort to stop the State of Kentucky from permitting these large animal feeding operations without adequate emissions controls. I have participated in Sierra Club efforts to educate and inform people and the media about the problems and personal effects on neighbors of these large animal feeding operations. I have notified the state air quality department on numerous occasions about experiencing these strong odors and toxic gases.

10. Access to information about toxic gases being released from animal feeding operations located in my community would benefit me by enabling me to take steps as needed to protect my health and that of my family. I would make use of this information to support my advocacy efforts to persuade these local large animal feeding operations to take steps to reduce or even eliminate such releases. This might involve voluntary actions by the operations in response to local community pressure, or it might involve government intervention.

11. Information about the toxic chemicals emitted from animal feeding operations would also benefit my health and safety. If such information were routinely provided to emergency responders in Kentucky and the National Response Center, under severe circumstances, the government may decide to evacuate the area or take other action to reduce my community's exposure to toxic gases from animal feeding operations. Simply knowing that emergency responders are receiving information needed to ensure that my family and community are not being subjected to unsafe levels of noxious gases would benefit me, my family, and my community.

12. I would also benefit from animal feeding operations being required to provide information about their toxic air releases to regulators, whom I rely on to regulate such operations in a way that is protective of my health and the health of those around me. Ensuring that environmental regulators have access to reliable information about emissions from animal feeding operations is critical for developing effective regulations for these facilities. I am aware that this argument has been made by the U.S. Government Accountability Office in a September 2008 report entitled "Concentrated Animal Feeding Operations: EPA Needs More Information and a Clearly Defined Strategy to Protect Air and Water Quality from Pollutants of Concern." (http://www.gao.gov/assets/290/280229.pdf).

13.     Finally, if animal feeding operations are required to report publicly their toxic chemical releases, this would encourage some operations to take voluntary steps to reduce and perhaps even eliminate emissions above reportable levels. My family and I would benefit from any such reductions that occur at animal feeding operations located in our community.

14.     For all of these reasons, I oppose EPA's exemption of CAFOs from having to report their toxic releases. I would have liked to express that opposition to EPA by commenting on a proposed rule, but EPA denied me that opportunity by ramming through the exemption without any public notice or public comment period.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of September, 2018.

*Max Wilson*

Max Wilson