UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rural Empowerment Association for Community Help, et al., <br><br> Plaintiffs, <br><br> v. <br><br> United States Environmental Protection Agency, et al., <br><br> Defendants, <br> and <br><br> National Cattlemen's Beef Association, et al., <br><br> Intervenor-Defendants. | **CASE NO. 18-cv-02260-TJK** <br><br> **Declaration of Doctor Melissa Siebke** |

## DECLARATION OF DOCTOR MELISSA SIEBKE

I, Melissa Siebke, declare that I am over 18 years of age and that if called as a witness in this action I would competently testify of my own personal knowledge as follows:

1. I am a member of the Humane Society of the United States ("HSUS"). I first joined HSUS about eight or nine years ago because I'm very impressed by how the group advocates for animals and works to educate people in the U.S. and abroad on how helping animals can and should go hand in hand with helping people. HSUS does a great job of moving society towards recognizing this interconnectedness between protecting animals, the environment, and human wellbeing. I believe people can't do better unless they know better, and that's why I value HSUS's work to educate the public, legislators, agencies, and the general public on these issues that are very close to my heart.

2. I spent my childhood in Medford and I currently live in Owatonna, which are both in Steele County in Minnesota. My mom also lives in Steele County. I teach Spanish, French, English and English as a Second Language for a community college with several campuses. I primarily teach in Owatonna, but I also teach some classes in Austin, Minnesota (in Mower County) and Albert Lea, Minnesota. I also frequently take classes at a university in Mankato, Minnesota.

3. Growing up in Steele County on my parents' small pig and crop farm of about 100 acres, I learned to appreciate pigs as sensitive and intelligent animals, and to appreciate the then-unspoiled countryside around our family home. As a child, I spent a good deal of time around the pigs in the barns, helping my dad. I always loved petting and interacting with the pigs, and this may be where my general lifelong love of animals originated.

4. I've always profoundly appreciated the pastoral beauty of parts of Steele County, and I try to enjoy it still by regularly taking my dog on long walks in the country near my home. I am a

lifelong animal and nature lover, so I also greatly enjoy walking in the countryside to take in the beautiful diversity of wildlife, plant life, and scenery around where I live, work, and visit. Because the welfare of non-human animals and the preservation of our natural environment are so important to me, I regularly contact my state and federal legislators to express my views on these issues.

5. Given my interest in animal welfare and the environment, I'm worried about the risks associated with the increasing proliferation of the large industrial factory farms in Minnesota that confine animals by the thousands in cruel and dangerous conditions. I am very concerned about the impacts these factory farms' production practices have on the welfare of the farmed animals, the environment (including wildlife), and the health of humans and their pets. Several years ago, after learning from HSUS of a pending bill to insulate factory farms from nuisance lawsuits in Minnesota, I wrote letters to the editors of two local newspapers and contacted a state legislator to voice my opposition to the measure.

6. During my lifetime things have changed so much in Steele County and Minnesota's other agricultural counties. In a lot of ways, they've changed for the worse for animals, people, and the environment. For example, over the years I've seen an increase in factory farm operations filled with pigs or other farm animals in Steele and Mower Counties. This greatly concerns me because it's bad for animals, the environment, and wildlife, and could be dangerous for my family and me as well.

7. I really enjoy the scenery I see when I drive to the various community college campuses where I work. I look forward to my drives, in part because I've always loved the Minnesota countryside and the great diversity of plant and animal life it supports. However, these days, my drives remind me that factory farms are prevalent in Steele and Mower Counties. During my drives, I often see evidence of these farms, for example, semi-trucks packed with pigs being

3

transported in horrible conditions. In addition, I know Hormel Foods—which produces various meat products—has a large presence in the area.

8. I know that factory farms produce huge amounts of animal waste. I can remember when I was a child in Steele County, smelling noxious odors from the waste produced at a neighbor's hog farm. The hog waste was stored in a pit as liquid manure, which our neighbor would spread on his fields. When he did so, the smell was horrible. My neighbor had a lot of animals, but it was nothing compared to the number of animals factory farms in Minnesota house today. Given the numbers of animals they have, today's factory farms produce huge amounts of waste.

9. Sometimes when I am walking my dog within a half a mile of my home, or when I am driving to work in Owatonna or Austin, I smell a noxious odor of what I believe to be liquid manure.

10. I am concerned about my exposure to pollutants released by factory farms when I travel to work and also when I am near my home and in other areas of my community.

11. I have learned that as of 2018, there are at least twenty very large animal farms within my county. These are farms have more than 1,000 animal units, which equates to farms that have *at least* 3,334 grown pigs, 200,000 broiler chickens, or 55,000 turkeys. I also believe that I come within five miles of factory farms when I drive to the Owatonna and Austin campuses for work.

12. I have learned that exposure to hydrogen sulfide can harm the respiratory tract and the nervous system. I have also learned that exposure to low concentrations of hydrogen sulfide could cause headaches, poor memory, tiredness, and balance problems. In addition, I have learned that there is evidence that communities neighboring factory farms have higher rates of asthma. And, I have learned that exposure to odors from factory farms can lead to mental health deterioration and an increased sensitization to smell for those living near these farms.

13. I am aware that there is a federal law—the Emergency Planning and Community-Right-to-Know Act ("EPCRA")—that is intended to provide the public and local government authorities with access to information about industrial facilities' releases of extremely hazardous substances above certain threshold amounts, including the types and amounts of substances released. I am also aware that factory farms must report the release of ammonia and hydrogen sulfide from animal waste if they are released above certain threshold amounts. I understand that the Environmental Protection Agency ("EPA") recently exempted factory farms from reporting these types of emissions under EPCRA.

14. The fact that EPA has exempted factory farms from EPCRA reporting—and thus allowed them to hide information about the extremely hazardous substances they release, including the air pollutants created by the animal waste—makes me angry, sad, and concerned. As a community college professor, I know how important it is to have access to credible and reliable information. The more information and knowledge we have, the better we can do for ourselves, our families, and the world.

15. The fact that EPA is permitting factory farms to hide information about the pollutants they release into our communities is deeply concerning to me, and it harms me because it deprives me of information to which I am entitled under EPCRA.

16. I would like to have access to information about the types and amounts of hazardous pollutants coming from factory farms in the communities where I live, work, and commute. In fact, I believe that my family, my community, and I have the right to know about the hazardous air pollutants to which we are potentially being exposed. As mentioned above, I smell noxious gases sometimes when I am walking my dog and driving, but I am also concerned about other pollutants that could be released without exuding smells. I am concerned about the impacts factory

farms' emissions of pollutants could have on my health, my family and friends' health, and my pets' health. And, I am worried about the impacts these releases have on the environment, including wildlife. I am not only concerned about present effects but also about how this will harm the environment and future generations of animals including wildlife and people.

17. If information about factory farms' release of pollutants above the threshold amounts set by EPCRA were made publicly available, I would regularly access these EPCRA reports submitted by factory farms located in the areas where I live, work, and commute. I would check this information as frequently as once a month if it changed that often.

18. If I had access to this information, I would use it to assess my risk of exposure to dangerous pollutants released by factory farms. I would try to avoid areas where there are factory farms releasing high levels of pollutants when I drive to work and in other aspects of my day-to-day life. But, without the reports required under EPCRA—which EPA has exempted factory farms from submitting—I don't have a way of knowing what pollutants factory farms in my area are releasing.

19. If I had access to factory farms' EPCRA reports, I would also share this information with family, friends, and like-minded colleagues, and I would encourage them to check and track this information for themselves. In fact, I have shared information about the social ramifications of factory farms' production practices with family members in the past. For example, I knew my brother, his wife and three sons ate chicken produced by Tyson, so I provided them with information about the company's practices that are harmful to the chickens' welfare. I think family members, including my three nephews, who visit me and my mother would be concerned about the pollutants released by factory farms here in Steele County. So, I would share this information

subject to EPCRA reporting and would have to provide local officials and the general public with information about the extremely hazardous substances they are releasing.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 19th day of December 2021, in Owatonna, Minnesota (Steele County)

_Dr. Melissa Siebke_

Melissa Siebke