# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rural Empowerment Association for Community Help, et al., <br><br> Plaintiffs, <br><br> v. <br><br> United States Environmental Protection Agency, et al., <br><br> Defendants, <br> and <br><br> National Cattlemen's Beef Association, et al., <br><br> Intervenor-Defendants. | **CASE NO. 18-cv-02260-TJK** <br><br> **Declaration of Rebecca Jim** |

## DECLARATION OF REBECCA JIM

I, Rebecca Jim, declare that I am over 18 years of age and am competent to testify. I have personal knowledge of the facts stated below and, under penalty of perjury, declare as follows:

1)   I am a co-founder and current Executive Director of Local Environmental Action Demanded Agency, Inc. ("L.E.A.D. Agency"), a non-profit corporation organized under the laws of Oklahoma in 1997, with offices located in Vinita and Miami, Oklahoma. L.E.A.D. Agency was established to achieve the following goals: (1) Educating the community on environmental concerns in Northeast Oklahoma; (2) taking action to counter environmental hazards that put Northeast Oklahoma's residents at risk both physically and financially; (3) conducting environmental workshops and seminars concerning environmental issues in Northeast Oklahoma and other areas; and (4) enhancing our efforts by partnering with other environmental organizations throughout Oklahoma and the nation.

2)   I also serve as the Tar Creekkeeper, a program of L.E.A.D. Agency, the mission of which is to protect and restore Tar Creek, a tributary of the Neosho River. Beginning in 1984, portions of the Tar Creek watershed have been designated as a part of a large-scale Superfund site due to extensive industrial pollution of surface water and groundwater, surrounding residential areas, and the sites of several former mining, milling, smelting, storage, disposal, and other related operations. Tar Creek, its watershed and the surrounding community, including L.E.A.D Agency members, are also increasingly being adversely impacted by ammonia and hydrogen sulfide emissions from animal waste generated by large poultry Animal Feeding Operations ("AFOs") and/or Concentrated Animal Feeding Operations ("CAFOs"), including J&M Farms, which operates a large mushroom farm with animal waste composting

and a poultry AFO.

3) Grand Riverkeeper is another program of the L.E.A.D. Agency, and my colleague Martin Lively serves as Grand Riverkeeper. The mission of Grand Riverkeeper is to protect and restore the Grand River watershed, which is located in the northeastern portion of Oklahoma and encompasses the Neosho and Spring Rivers and their tributaries. The two rivers merge and form the Grand River at the southern edge of Ottawa County, before they converge at the top portion of Grand Lake. Below Grand Lake, the Neosho flows northeast into two other important reservoirs and ultimately flows into the Arkansas River north of Muskogee, Oklahoma. The Neosho and Spring Rivers are important water resources to the nine tribes of the Inter-Tribal Council of North Eastern Oklahoma and other subsistence and sports users, and Grand Lake is an important resource to the Cherokee Nation, in whose jurisdiction it is located. Grand River, its watershed and the surrounding community, including its members, are also increasingly being adversely impacted the proliferation of large poultry AFOs and CAFOs.

4) Both Grand Riverkeeper and Tar Creekkeeper are programs of L.E.A.D. Agency and are licensed members of Waterkeeper Alliance.

5) I am aware that poultry AFOs and CAFOs emit ammonia and hydrogen sulfide that can pollute the air and be deposited into surface water, contaminating water with nitrogen and other substances. This can cause water pollution, community health problems, and significant environmental harm, including dissolved oxygen problems, fish kills and toxic algal blooms. I am also aware that pollutants released from poultry AFOs and CAFOs, such as ammonia and hydrogen sulfide, pose a health and welfare risk to our members and their communities, and impact the environment in a variety of ways that limit the use and enjoyment of the environment by our members and their communities.

6) Ammonia emissions from poultry AFOs and CAFOs have adversely impacted water quality in the Grand and Tar Creek watersheds. For example, Grand Lake is polluted by excess nutrients that cause low dissolved oxygen and periodic toxic algal blooms, which have resulted in closure of the lake.

7) Hydrogen sulfide and ammonia emissions from J&M Mushroom farm and the associated poultry AFO have adversely impacted air and water quality in the Tar Creek watershed.

8) There was also a rapid expansion of poultry AFOs and CAFOs in northeast Oklahoma over during 2018, including within the Grand River watershed. In 2018, Oklahoma issued more than 30 permits for new or expanding poultry CAFOs with more than 140 poultry confinement barns that house more than 5,000,000 birds – the majority of which are concentrated in one area near communities, homes, schools, and businesses in Delaware County, Oklahoma near Spring Creek, a tributary of the Grand River. An aerial map showing the Grand Lake watershed, including Tar Creek, poultry AFO and CAFO density, and new or expanding poultry AFOs is attached as Attachment 1 to this declaration.

9) Ammonia and hydrogen sulfide emissions from these facilities are currently or will, in the near future, adversely affect L.E.A.D. Agencies' programs, their members, and the surrounding communities. Many community members are reporting severe impacts on their health and quality of life from the newly constructed poultry AFOs and CAFOs, including children reporting increasingly severe allergies, older residents with Chronic Obstructive Pulmonary Disease being unable to go outdoors, and breathing problems in people with asthma.

10) Data regarding the amount of hydrogen sulfide and ammonia emissions, which is currently unavailable, is desperately needed to protect the public health in northeast Oklahoma.

On September 12, 2018, the State of Oklahoma and the Cherokee Nation, in response to public outcry regarding the impacts to their environment, health and quality of life from the newly permitted poultry AFOs and CAFOs, announced the formation of the Poultry Coordinating Council on Poultry Growth to study the impacts of the rapid expansion on citizens. Additionally, on October 8, 2018, the Oklahoma Department of Agriculture announced a suspension on the issuance of additional permits for new or expanding operations until the impacts are evaluated. Permit issuance was reinitiated in 2019 without any controls over hazardous air emissions from the facilities.

11) L.E.A.D Agency and its members interests are injured by the EPA's efforts to exempt AFOs and CAFOs from their statutory legal obligation to report emissions of hazardous substances under EPCRA, including the attempt to exempt AFOs and CAFOs from reporting their emissions through the final rule adopted on June 19, 2010, 84 Fed. Reg. 27,533, and we filed comments in opposition to that rule on December 14, 2018, see EPA-HQ-OLEM-2018-0318-0347. Access to information about the hazardous substances emitted from AFOs and CAFOs would benefit L.E.A.D Agency and its members by providing data that will help our advocacy efforts to combat the negative impacts of air emissions from AFOs and CAFOs. L.E.A.D Agency and its members would use this data to advocate for better regulation of AFO's and CAFOs' air emissions, as well as distribute this information to our members who have a right to know about the hazardous air pollutants released from the operations near their homes and in their communities, especially given the serious health impacts that emissions from poultry AFO and CAFO can cause.

12) L.E.A.D Agency and its members would benefit from knowing that AFOs and CAFOs are required to provide regulators with information about releases of hazardous

pollutants so that those regulators can adequately assess and respond to the releases in a manner that is protective of public health and safety. L.E.A.D Agency believes that if environmental regulators have accurate information about releases of hazardous air pollutants, they will better regulate these sources. This information is also necessary for emergency responders to effectively monitor and respond to communities exposed to unsafe levels of hazardous air pollutants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14th day of December, 2021

_____
Rebecca Jim

Declaration of Rebecca Jim
ATTACHMENT 1



Source: Cherokee Nation, Poultry Operations within Oklahoma: http://geodata.cherokee.org/poultry/