UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rural Empowerment Association for Community Help, et al., <br><br> Plaintiffs, <br><br> v. <br><br> United States Environmental Protection Agency, et al., <br><br> Defendants, <br> and <br><br> National Cattlemen's Beef Association, et al., <br><br> Intervenor-Defendants. | **CASE NO. 18-cv-02260-TJK** <br><br> **Declaration of Robert Hudkins** |

## DECLARATION OF ROBERT HUDKINS

I, Robert Hudkins, declare that I am over 18 years of age and am competent to make this declaration. I have personal knowledge of the facts stated below and, under penalty of perjury, declare as follows:

1. I reside in Rocky Mount NC. I have lived in Rocky Mount for over 40 years, raising two sons in the area.

2. I am a member of Sound Rivers, Inc. (Sound Rivers). I have been a member of Sound Rivers, as it is currently known and previously the Pamlico-Tar River Foundation, for approximately 25 years.

3. I am a member for 35 years of the Sierra Club.

4. I am a member of the City of Rocky Mount Planning board since 2013.

5. I am aware of industrial swine facilities located in the region, including the Hanor Company facility, that is located on the Tar River and called the "Shellbank" facility.

6. I have participated in several of the Water Quality testing and Swim Guide sampling programs over the years. I and am very concerned about the pollution and air contaminants that are released from these facilities, including from Shellbank. I am an avid kayaker and nature enthusiast, and enjoy the recreational and aesthetic qualities of the Tar River and the environment that surrounds it. I paddle often and have done environmental conservation activities, like *the Kayaking for Kids* program discussed below, in and around the Tar River, including the stretch of the river that is adjacent to the Shellbank facility. I enjoy the act of kayaking because of its closeness with nature, including the area's wildlife, birds, and flora, which I value very much. I also enjoy kayaking for the exercise that it provides me and at times, the solitude.

7. The biodiversity in eastern North Carolina is awe inspiring, and, to me, very special. I am deeply concerned about the effects that air contaminants and other pollution from industrial swine facilities, including the Shellbank facility, may have on the quality of my environment, including the Tar river and its biodiversity. I am concerned for the specific impacts of that pollution, not only on the environment, but also on my healthy and my recreational and aesthetic enjoyment of the area, including the river.

8. I also appreciate the Tar River for its important educational value or the residents – including the children – of Rocky Mount. I was an educator in the Rocky Mount area for thirty-two years, until my retirement in 2007. During my career, I thought almost all of the scientific disciplines, including environmental science, biology, earthy science, and physical science, to multiple age groups. It was through this work and because of my students' interest that I first became engage in Tar River conservation projects – a passion that I carry forward to this day – including through my work with the *Kayaking for kids* program. I believe that it is important for children to be able to connect with an understand the nature around them. I am concerned about what will happen if pollution continues, unreported, in and around the Tar River, and the extent to which it may negatively affect the health of the children in the area and their enjoyment and appreciation of the area's ecosystem.

9. Indeed, I have two grandchildren that live in the Rocky Mount area. They join me on kayaking trips on the Tar River and other area waterways. I very much want to share the river and love of the sport of kayaking with my grandchildren, but I am concerned about whether and to what extent kayaking and recreating on the Tar River may expose them to dangerous pollution, including from the Shellbank facility.

10. I am especially concerned because I have specifically experienced strong, nauseating odors while kayaking on the strength of the Tar River next to the Shellbank facility, and I believe those odors are indicative of large air pollution problems from the facility. I understand that large industrial livestock facilities, like Shellbank, have a legal duty under the federal Emergency Planning and Community Right-to-Know Act (EPCRA) to report their releases of hazardous aerial pollutants, such as ammonia, to local and state officials, if those releases exceed a certain threshold amount.

11. Sound Rivers on behalf of its members, sought copies of any EPCRA report for releases of ammonia from the Shellbank facility, and it was unable to located this information. I am aware that the reason this information is unavailable is because the Hanor Company has not provided any such report(s) to local and state officials.

12. I believe that people have the right to know about the hazardous air pollutant to which they are being exposed. I also believe that people, including the owners and operation of industrial facilities, should strive to be good neighbors and valuable assets to the community. Some important ways to do so are to maintain a clean operation, enhance the quality of the surrounding environment, and accurately report air pollution as the law requires.

13. I am very active in the community and can use the information shared through EPCRA reports to make informed decision about my own recreation and other activities, including the activities that I participate in on behalf of the community. I believe that access to information about the air contaminants released from industrial animal facilities will help to keep me, my family and may community mindful of the hazardous pollutants that are being introduced into our bodies and the environment. I will also help me make informed decision about whether to take my grandchildren kayaking with me on the TAR iver, as I do not want to put them in harm's way.

14. I believe that, through dissemination of pollution information, the general public will become more informed about the large amounts of hazardous air pollutants emitted from industrial livestock facilities and the causes of those emissions. I believe that such knowledge will inform the public, and may lead to effective changes in how these operations are regulated.

15. If I had a copy of the EPCRA release report(s) for the Shellbank facility, I would use the information, as declared above, to inform myself, my family and may community about the air contaminants, including ammonia being released from the facility; to ascertain our risks of exposure as a result of those releases; and to reasonably evaluate my safety, and the safety of anyone who I may be with, while enjoying the area surrounding this facility. Without this report, I have no way of knowing what hazardous air pollutants are being released by the Shellbank or any other facility in my community, or amounts. Therefore, as discussed above, I would use this information to inform myself and others about the amount of hazardous pollution released and would ideally help preserve the environment and create meaningful change in the process.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __16th__ day of December, 2021 in Nash Count, North Carolina.

_Robert D Hudkins_

Robert Hudkins