UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rural Empowerment Association for Community Help, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>United States Environmental Protection Agency, et al.,<br><br>Defendants,<br>and<br><br>National Cattlemen's Beef Association, et al.,<br><br>Intervenor-Defendants. | **CASE NO. 18-cv-02260-TJK**<br><br>**Declaration of Rosemary Patridge** |

**DECLARATION OF ROSEMARY PARTRIDGE**

I, Rosemary Partridge, declare that I am over 18 years of age and competent to testify. Unless otherwise stated, I have personal knowledge of the facts stated below and, under penalty of perjury, declare as follows:

1. I reside on a family farm in rural Iowa outside the town of Wall Lake in Sac County. I have lived there with my husband for over 40 years. I am a member of Food & Water Watch (FWW), and I make this declaration in support of FWW's Motion for Summary Judgment in *REACH, et al., v. EPA, et al.*, which challenges EPA's unlawful guidance and rule exempting livestock operations from requirements to publicly report toxic air emissions under the Emergency Planning and Community Right-to-Know Act (EPCRA).

2. When I moved to Sac County over 40 years ago, the community was mainly made up of small family farms, including many independent hog farmers who owned their livestock. During the time that I have lived here, agriculture in the county and in my neighborhood has become far more industrialized. There are fewer independent, small family farmers, and most of the hogs raised in the county are now raised in confinement in large animal feeding operations (AFOs) where the animals are owned by corporate integrators. There are currently approximately 42,500 finishing (near market-weight) hogs within four miles of our house. These hogs are in concentrated animal feeding operations (CAFOs) housing approximately 2,500 hogs each. About 10,000 of these hogs are within half a mile of our house; one large confinement operation is about half a mile to our west, and another is about a mile to our east, and each of these houses approximately 5,000 finishing hogs. These operations spread millions of gallons of liquid manure on fields surrounding my farm and directly across from my house. The field across from our house receives one

and a half million gallons of liquid manure every other year. Our bedroom is about 175 feet from where the manure is spread. And as more confinements are built across the state, manure tankers from other facilities farther from our home also sometimes spread on nearby fields.

3. The influx of CAFO development in our community has harmed our quality of life and affected how we live our lives in numerous ways. One of the most serious problems is that we are frequently subjected to significant air pollution – including ammonia, hydrogen sulfide, particulates, and odors – emitted by the CAFO confinement buildings, waste storage facilities, and land application fields.

4. We frequently cannot spend time outside on our farm due to the air pollution, particularly on hot summer evenings. When it begins cooling down at night, an inversion layer often forms where warmer air overlies cooler air, preventing mixing that would allow the air pollution to dissipate and causing the ammonia and other emissions to sink and linger over our house and farm. When this happens, if we have windows or the patio door open we have to immediately shut them to keep the odor out. But even when it is not unbearable, we can almost always smell hydrogen sulfide. We recognize the odor, which is like the smell of "rotten eggs," and it causes us to feel sick if we are exposed for more than a few minutes.

5. My husband was diagnosed with chronic obstructive pulmonary disease (COPD) after the two CAFOs nearest our home began operating, and it has become much more severe in recent years. Ammonia irritates it, making it difficult for him to breathe. Summer nights are the worst times for the emissions, particularly after 8:00 p.m. As a result, he often stays at our lake cottage at night to avoid the emissions, even though we have work to do

on the farm, and returns during the next day. The cottage is only eight miles north of our home, but because it does not have any CAFOs close to it, it does not have the emissions we have at home. The night breezes from the lake also help keep the air a little cleaner. The emissions and poor air quality also affect my health. We both often experience red, itchy eyes, runny noses, and sore throats when manure is spread nearby.

6. When a CAFO is spreading manure on the fields across the street from our house, the air pollution has sometimes been so bad that we have both had to leave our home. But the pollution continues after spreading. Some odor can last for months under certain conditions, such as when the manure is applied to frozen or partially frozen ground. The soil doesn't seal in the manure under these conditions, and the emissions can continue until a hard freeze or until snow covers it.

7. I am also concerned about the air emissions we are exposed to that we cannot always smell or identify, and worry about the impacts those emissions may be having on our health. My doctor has expressed similar concerns. I am aware that people chronically exposed to hydrogen sulfide can lose their ability to smell it, and realize that could happen to me and my husband. If that happens, we will be even less able to take precautions like going indoors or leaving home when the emissions may be most harmful to our health.

8. The air pollution is not constant and is unpredictable, which makes it impossible to plan when we can safely invite people to our home. We enjoy having guests to sit on the porch and enjoy the farm and the breeze. When we have guests and the air pollution gets bad, they often have to leave. I had visitors from Alabama in October when the manure was

       being spread, and it was so embarrassing to hear their children complain that it smells like poop at Grandma Rosie's house, but yes, it did.

9. One recent summer we also hosted visitors from Texas and California, and they got sore throats from the CAFO emissions. I have a sore throat more often than not from the pollution when it is bad, even though I am not sick. When my daughter visits, even when the pollution and odor are not at their worst, the hydrogen sulfide emissions make her nauseated. Several years ago, we hired a roofer, who was working while one of the CAFOs was spreading manure on nearby fields. The air emissions were so bad that he began throwing up and could not continue working. I had to tell him to stop and go home.

10. Sometimes we also smell dead animals and other foul odors from the CAFOs, and it disturbs me that we do not know what we are being exposed to and breathing on a daily basis.

11. Although we do not know exactly what we are being exposed to on our farm and in our home, we know that these emissions are extremely toxic and dangerous at high levels. My acquaintance's son used to work at a CAFO to earn the extra income that he needed to continue farming. He was spreading manure when the tank became plugged. After he went into the waste storage area to fix it, he became overcome with hydrogen sulfide and asphyxiated and died. In rural communities with many CAFOs, such accidental deaths due to hydrogen sulfide are not uncommon.

12. My own grandson, like many young people in our community, works at a CAFO, and has no protection at all from the emissions he is exposed to on a daily basis. I fear for his safety. Many others in our area work at CAFOs because there are very few other jobs for those who want to stay in the community, and they are not aware of what they are

exposing themselves to because that information is not available. These CAFOs are visited daily by feed truck drivers, crews that load and unload the hogs, rendering truck drivers that load and haul away the dead animals, the regular workers who check on the operation once a day, and the workers who remove and spread the liquid manure in the fields. All of these people are exposed to the emissions at high levels, and there is no way for them to know how much they are being exposed to or what the possible health effects are until it is too late.

13. Because the air pollution is affected by the weather, some months and years are worse than others. For example, one recent summer we had record-breaking heat waves in Iowa, and very little wind to alleviate the inversions that occur after high temperature days. Hot summer days are becoming more and more frequent, and as a result our exposures to odors and toxic emissions will likely continue to worsen over time.

14. I have worked to learn more about CAFO pollution in my community and fill the gaps in information created by lax EPA and state oversight of this industry's water and air pollution. For example, EPA has previously proposed, and then withdrawn, a rule that would have collected basic information about CAFOs, including where they are and what they are discharging, leaving me and other rural citizens in the dark about the safety of our water. Because EPA and Iowa's Department of Natural Resources have failed to track and report this information to the public, I became a trained IOWATER volunteer water monitor years ago. Through this work, I was seeking to at least partially fill information gaps about what CAFOs are discharging into my local waterways.

15. EPA's recent guidance and rule similarly leaves me and my neighbors in the dark about what toxic CAFO emissions we are being exposed to. I am unable to even partially

address this lack of information myself by monitoring the air quality at my farm for ammonia and hydrogen sulfide, much less monitor the total quantity of these pollutants emitted by specific nearby CAFOs. Nor should I or other citizens have to expend time and resources attempting to estimate exposure to toxic emissions from industrial livestock operations. EPA is responsible for ensuring that polluters like CAFOs report this information as the law requires. These facilities are factories, not farms, and their pollution should be reported and regulated like air pollution emitted by smokestacks.

16. If I had access to reports of emissions from the CAFOs in my community, and therefore knew more about what my husband and I are being exposed to, I would be able to make wiser decisions about when we need to leave our house, avoid having people over to our home, or avoid being outside on our farm. It would also help me and my husband inform our doctor about issues that may be affecting our health, and could help us determine whether the CAFO emissions are causing or contributing to our ongoing health issues.

17. Having access to publicly reported data about livestock emissions would also help me educate my community about how they can similarly act to better protect their health and avoid the worst toxic exposures to ammonia and hydrogen sulfide. I believe that many of my neighbors are unaware of the risks of exposure to CAFO emissions, and if they knew more about the pollution in our community they could be smarter about their own activities and more informed about how they can reduce their exposures.

18. Having access to the required emissions reports would also help me better educate policymakers about the need for real regulation of CAFO air pollution. This transparency would not only make people more aware of the scale and impact of this pollution, it would also help them stand up and demand policy changes, including requirements that

livestock operations use technology to achieve actual reductions in emissions and restrictions on locating CAFOs so close to residences.

19. Air pollution from livestock operations does not get enough attention from policymakers, and I believe this is in part because we have so little information and transparency about what these facilities are emitting. But these emissions are one reason rural home values – including mine – are declining and rural towns are depopulating. I do not want to have to leave my farm like so many of my neighbors have, and I want my grandchildren to be able to farm here without risking their health and wellbeing. Having the information about CAFO air pollution we need to protect our home, health, and quality of life is essential to my ability to stay on my farm and try to make my family and community safer.

I hereby certify that the facts set forth above are true and correct to the best of my knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

*Rosemary Partridge*
Rosemary Partridge

Dated: December 15, 2021