UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rural Empowerment Association for Community Help, et al.,<br><br>                        Plaintiffs,<br><br>         v.<br><br>United States Environmental Protection Agency, et al.,<br><br>                        Defendants,<br>      and<br><br>National Cattlemen's Beef Association, et al.,<br><br>                        Intervenor-Defendants. | **CASE NO. 18-cv-02260-TJK**<br><br>**Declaration of Wenoah Hauter** |

## DECLARATION OF WENONAH HAUTER

I, Wenonah Hauter, declare that I am over 18 years of age and competent to testify. Unless otherwise stated, I have personal knowledge of the facts stated below and, under penalty of perjury, declare as follows:

1. I am the Executive Director of Food & Water Watch (FWW), a position I have held since the organization's founding in 2005. In my capacity as Executive Director, I oversee and am intimately familiar with the organization's mission, membership, activities, and operations. My business address is 1616 P St. NW, Suite 300, Washington, D.C. 20036.

2. In addition to being Executive Director of FWW, I also reside on a farm in the Chesapeake Bay watershed where we employ a diversified system of crop and animal production, including chickens. My experience living on the farm has made me acutely aware of the need for diversification and sustainability in our food production systems.

3. I make this declaration in support of FWW's challenge to the U.S. Environmental Protection Agency's (EPA) unlawful guidance and rule exempting animal feeding operations (AFOs) from emissions reporting requirements under the Emergency Planning and Community Right-to-Know Act (EPCRA) ("EPCRA Guidance").

4. FWW is a national non-profit membership organization with its headquarters in Washington, D.C. and offices in Illinois, Maryland, New York, New Jersey, Oregon, California, Colorado, Florida, Pennsylvania, and New Mexico. We have more than one million members and supporters. Our organization's mission is to champion healthy food and clean water for all, stand up to corporations that put profits before people, and advocate for a democracy that improves people's lives and protects our environment.

2

        FWW uses grassroots organizing, policy advocacy, research, communications, and litigation to further this mission.

5.     One of our organization's primary purposes is to educate the public regarding food systems that guarantee safe, wholesome food produced in a humane, sustainable manner that simultaneously protect the environment. Integral to this purpose is working to both counter the many harms of our current food system and promote cleaner, healthier, and more equitable systems of food production. FWW advocates on behalf of the public for policies promoting environmental protection and the long-term wellbeing of communities.

6.     FWW works to empower people through advocating for clean, healthy, and sustainable food systems. Part of our work within this mission is to ensure that our food production systems, including livestock production systems, operate sustainably with minimal impacts on both community and environmental health. Pollution from large animal feeding operations (AFOs), or factory farms, including air emissions subject to reporting under EPCRA, is one of FWW's priority issues.

7.     We believe transparency is vital to all of our work, including our AFO work. We strive to obtain and provide citizen access to information about AFO activities and pollution data, including helping citizens obtain access to information about pollution from AFOs in their community. FWW relies heavily on access to public data about AFOs and AFO pollution to further our goal of increasing transparency about how factory farms operate, where they are located, and the pollutants they emit into communities and waterways, as well as to further our goal of reducing that pollution and improving EPA regulation of the AFO industry.

8. We also believe that it is vitally important that the EPA fulfill its mission to protect our environment and communities from the harm of pollution from facilities like AFOs. We are aware that, to date, EPA has failed to properly oversee and regulate this industry, including its air emissions of ammonia, hydrogen sulfide, and other toxic pollutants. EPA's ongoing failure harms FWW and its many members.

9. FWW is aware that EPA has previously illegally exempted many AFOs from EPCRA reporting requirements, has failed to enforce EPCRA reporting requirements against large AFOs, and has failed to finalize emissions estimating tools for AFOs to use to accurately estimate and report air emissions. FWW is also aware that EPA has recently revised its interpretation of EPCRA, declaring through guidance and regulations that AFOs are no longer required to report emissions. As a result of these actions and failures to act, many AFOs have never reported emissions data under EPCRA and the public has very little information about AFO emissions and community exposures to those emissions.

10. One of our organizational responsibilities is to provide information to members regarding AFOs and their pollution.

11. To that end, we maintain a website and communications network whereby we keep our members, policy makers, media, and the public informed about the current model of food production in the United States, including the operation of AFOs. Access to publicly reported pollution documents and other records related to the AFO industry is an integral part of our work.

12. To help fill gaps in public access to information about factory farms, FWW regularly obtains public data about the locations and density of livestock production across the U.S.

through Freedom of Information Act (FOIA) requests to the U.S. Department of Agriculture.

13. FWW makes this and other information about the factory farm industry and its pollution available to the public through data-driven policy reports, white papers, fact sheets, and web pieces. Access to information about individual AFOs and their pollution is essential to this work. Due to the lack of air emissions reporting from AFOs, however, it is impossible for our organization to understand the true breadth of AFO air pollution and the harmful impacts of that pollution, and subsequently to provide this information to our members and the public.

14. FWW advocates extensively for greater transparency and regulation of AFO air emissions to fill these gaps. This work includes advocating against the 2018 federal Fair Agricultural Reporting Method (FARM) Act, which exempted AFOs from emissions reporting requirements under the Comprehensive Environmental Response, Compensation, and Liability Act; campaigning in support of Maryland's proposed Community Healthy Air Act legislation to measure AFO air emissions; petitioning the Iowa Environmental Protection Commission to increase local control and air pollution protections over factory farms in Iowa; and petitioning EPA to strengthen its Clean Water Act regulation of CAFOs, including controlling deposition of pollutants like ammonia, which are emitted via ventilation systems, into waterways.

15. FWW's members understand that there is inadequate information about air emissions from AFOs available to the public. One consequence of these gaps in information is that our members are exposed to unknown quantities of hazardous air pollutants in their communities and at their homes. Their ability to use and enjoy their homes, as well as

their aesthetic and recreational interests in their communities, are negatively impacted. EPCRA's reporting requirement for AFOs is critical to helping close this information gap about air emissions exposures.

16. Air pollution from AFOs impacts communities' quality of life and public health, air quality, and even water quality across the country. AFO emissions contain hundreds of gases and compounds, including ammonia and hydrogen sulfide, both of which are subject to reporting requirements under EPCRA if emitted in sufficient quantities.

17. Ammonia is a potent respiratory irritant with an offensive odor, and can cause eye, nose, throat, and chest irritation, headache, dizziness, and general discomfort. Ammonia gas reacts with other gases to form ammonium aerosols, which are extremely small particles that are inhalable and increase the risk of aggravated asthma symptoms, bronchitis, heart attack, and premature death. Ammonia emitted by AFOs also subsequently deposits on land and waterways, where it contributes to nitrogen pollution. Nitrogen is a nutrient responsible for numerous impairments of waterways across the country, causing algae blooms and areas known as dead zones that are devoid of oxygen needed to sustain fish and other aquatic life.

18. Hydrogen sulfide is a dangerous neurotoxin with the odor of rotten eggs, and causes headaches, nausea, aggravated asthma symptoms, convulsions, and eye and skin irritation. Hydrogen sulfide is heavier than air, and sinks in valleys and other low places, where it can adversely affect health and quality of life. Despite its odor, sense of smell alone is insufficient to detect hydrogen sulfide and warn of potentially harmful conditions, because continuous low-level exposure can cause people to lose their ability

to smell the gas. It can also prove fatal, and has been responsible for several incidents of asphyxiation and death in and near manure pits at large AFOs.

19. As an organization that works to inform the public about pollution from AFOs and partner with community groups and rural residents to mitigate the harms of this pollution, FWW is concerned that EPA's EPCRA guidance and rule will permanently prevent access to a critical source of information about AFO emissions and pollution exposure for rural communities impacted by factory farms. In this absence of nationwide emissions reporting under EPCRA, FWW is largely unable to provide emissions information to our members and the public, despite our efforts to obtain similar information by searching for alternative sources of data or estimates of AFO air emissions and advocating to fill the gaps created by EPA through state legislation.

20. If EPA had begun enforcing EPCRA's reporting mandate, rather than issuing the challenged EPCRA guidance and rule, FWW would have far more information about AFO emissions to use in our communications and advocacy work. Specifically, FWW would benefit from reinstatement of EPCRA's AFO reporting requirements because it would provide FWW with the opportunity to obtain emissions estimates reported by AFOs directly from responsible agencies. FWW could analyze this information and provide the data and analysis to our members. This would shed significant light on hazardous emissions exposures in rural communities across the country, increasing transparency around the impacts of an unsustainable industry whose air pollution remains virtually unregulated. These issues are closely related to FWW's mission.

21. FWW believes that the nation's environmental laws have been successful in large part due to transparency. An open government that requires AFOs to provide basic

information estimating their air pollution emissions would greatly benefit our work and promote FWW's goals and mission. Transparency would empower our members who are adversely affected by AFOs. FWW would use this information to advocate for stronger regulation of dangerous AFO air pollution and to otherwise help address the suffering that our members living on the fence lines of AFOs are forced to endure. We believe that EPA must reinstate emissions reporting requirements and enable citizens to access information about what toxic pollution they are being exposed to, if it is to get closer to fulfilling its mandate to protect the nation's citizens from the dangers of AFOs.

I hereby certify that the facts set forth above are true and correct to the best of my knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

_____
Wenonah Hauter

Dated: __December 15__, 2021