# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rural Empowerment Association for Community Help, et al.,<br><br>                    Plaintiffs,<br><br>      v.<br><br>United States Environmental Protection Agency, et al.,<br><br>                  Defendants,<br>    and<br><br>National Cattlemen's Beef Association, et al.,<br><br>                  Intervenor-Defendants. | **CASE NO. 18-cv-02260-TJK**<br><br>**(Proposed) Order Granting Plaintiffs' Motion for Summary Judgment and Denying Defendants' Motion for Voluntary Remand Without Vacatur** |

## (PROPOSED) ORDER

On November 23, 2021, Defendants Environmental Protection Agency (EPA) and Michael Regan (collectively, Defendants) moved this Court to remand a rule, *Amendment to Emergency Release Notification Regulations on Reporting Exemption for Air Emissions From Animal Waste at Farms; Emergency Planning and Community Right-to Know Act*, 84 Fed. Reg. 27533 (June 13, 2019), and related guidance, challenged as unlawful by Plaintiffs Rural Empowerment Association for Community Help, Animal Legal Defense Fund, Center for Biological Diversity, Center for Food Safety, Don't Waste Arizona, Environmental Integrity Project, Food & Water Watch, Humane Society of the United States, Sierra Club, Sound Rivers, and Waterkeeper Alliance (collectively, "Plaintiffs"). In response, on December 23, 2021,

Plaintiffs moved this Court for summary judgment and opposed Defendants' motion to remand the rule without vacatur.

Having considered the motions, accompanying memoranda, and responses thereto, and any oral argument, the Court concludes that Plaintiffs are entitled to judgment as a matter of law and that vacatur of the challenged rule and guidance is appropriate.

It is therefore ORDERED that Defendants' guidance and Rule exempting CAFOs from reporting their toxic emissions from animal waste under the Emergency Planning and Community Right-to-Know Act (EPCRA) are unlawful under the Administrative Procedure Act, 5 U.S.C. § § 553, 706(2)(D), and EPCRA, 42 U.S.C. § 11004, and are therefore vacated. It is further ORDERED that compliance with EPCRA's reporting requirements is required by 30 days after the date of this Order.

IT IS SO ORDERED.

DATED: _____, 2022

_____
HON.  Timothy J. Kelly
United States District Judge