IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RURAL EMPOWERMENT ASSOCIATION FOR COMMUNITY HELP, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants,<br><br>and<br><br>NATIONAL CATTLEMEN'S BEEF ASSOCIATION, et al.,<br><br>Intervenor-Defendants. | Case No. 1:18-cv-02260<br>J. Timothy J. Kelly |

### DEFENDANTS' STATUS REPORT

Pursuant to the Court's February 14, 2022 Memorandum Order, ECF No. 64, Defendants United States Environmental Protection Agency and Michael Regan (together, "EPA") submit this status report to apprise the Court and Plaintiffs of EPA's progress in reconsidering the final rule entitled, "Amendment to Emergency Release Notification Regulations on Reporting Exemption for Air Emissions From Animal Waste at Farms; Emergency Planning and Community Right-to-Know Act," 84 Fed. Reg. 27,533 (June 19, 2019) (the "Rule"). The Rule establishes exemptions from certain reporting requirements under Section 304 of the Emergency Planning and Community Right to Know Act ("EPCRA"), 42 U.S.C. § 11004. EPA staff continues to proceed with the reconsideration of the Rule and is preparing a proposed rule. EPA will submit another status report on November 13, 2023.

1

Dated: August 14, 2023

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

*Of Counsel:*
ERIK SWENSON
Office of General Counsel
U.S. Environmental Protection Agency

 /s/ *Sarah Izfar*
SARAH IZFAR (DC Bar No. 1017796)
Trial Attorney
Environmental Defense Section
U.S. Department of Justice
4 Constitution Square
150 M Street, NE
Washington, DC 20002

Telephone (202) 305-0490
Facsimile (202) 514-8865
sarah.izfar@usdoj.gov

*Counsel for Defendants*