**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RURAL EMPOWERMENT ASSOCIATION FOR COMMUNITY HELP et al., | |
| *Plaintiffs*, | |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY et al., | Civil Action No. 18-2260 (TJK) |
| *Defendants*, | |
| and | |
| NATIONAL CATTLEMEN'S BEEF ASSOCIATION et al., | |
| *Intervenor-Defendants.* | |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7(h), Plaintiffs Rural Empowerment Association for Community Help, Animal Legal Defense Fund, Center for Biological Diversity, Center for Food Safety, Don't Waste Arizona, Environmental Integrity Project, Food & Water Watch, The Humane Society of the United States, Sierra Club, Sound Rivers, and Waterkeeper Alliance respectfully move this Court for summary judgment in the above-captioned matter. In support of this motion, Plaintiffs submit the attached memorandum of law and accompanying exhibits. Plaintiffs also attach a proposed order. Pursuant to Local Rule 7(h), Plaintiffs further request that the Court schedule an oral hearing as soon as possible after this motion is fully briefed.

1

Dated: August 27, 2024                 Respectfully submitted,

*/s/ Carrie F. Apfel*
Carrie F. Apfel, D.C. Bar No. 974342
Kara Goad, D.C. Bar No. 1725197
Earthjustice
1001 G Street N.W., Suite. 1000
Washington, D.C. 20001
(202) 667-4500
capfel@earthjustice.org
kgoad@earthjustice.org

Peter Lehner
Alexis Andiman
Earthjustice
48 Wall Street, 15th Floor
New York, N.Y. 10005
(212) 845-7376
plehner@earthjustice.org
aandiman@earthjustice.org

*Counsel for Plaintiffs Rural Empowerment Association for Community Help, Animal Legal Defense Fund, Inc., Center for Biological Diversity, Center for Food Safety, Don't Waste Arizona, Environmental Integrity Project, Food & Water Watch, Inc., Humane Society of the United States, Sierra Club, Sound Rivers, and Waterkeeper Alliance, Inc.*