UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RURAL EMPOWERMENT ASSOCIATION FOR COMMUNITY HELP et al., *Plaintiffs*, v. U.S. ENVIRONMENTAL PROTECTION AGENCY et al., *Defendants*, and NATIONAL CATTLEMEN'S BEEF ASSOCIATION et al., *Intervenor-Defendants*. | Civil Action No. 18-2260 (TJK) |

## [PROPOSED] ORDER

On August 27, 2024, Plaintiffs moved this Court for summary judgment in the above-captioned matter. Having considered Plaintiffs' motion, as well as all other submissions and arguments in opposition and support, the Court hereby GRANTS Plaintiffs' motion for summary judgment.

It is further ORDERED that:

1. The final rule issued by Defendants U.S. Environmental Protection Agency and Michael Regan (collectively, "EPA") and entitled Amendment to Emergency Release Notification Regulations on Reporting Exemption for Air Emissions from Animal Waste at Farms; Emergency Planning and Community Right-to-Know Act, 84 Fed. Reg. 27,533/3 (June 13, 2019), is hereby VACATED.

2

2. EPA shall mandate compliance with EPCRA's reporting requirements is required by 30 days after the date of this Order.

SO ORDERED.

Dated:_____, 2024.

                                                _____
                                                Hon. Timothy J. Kelly
                                                United States District Judge