# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RURAL EMPOWERMENT ASSOCIATION FOR COMMUNITY HELP, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>*Defendants*,<br><br>and<br><br>NATIONAL CATTLEMEN'S BEEF ASSOCIATION, et al.,<br><br>*Intervenor-Defendants*. | Civil Action No. 18-2260 (TJK) |

## ORDER

For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment, ECF No. 83, is **DENIED**, and EPA's and Intervenors' Motions for Summary Judgment, ECF Nos. 86 and 89, are **GRANTED**. It is further **ORDERED** that judgment is **ENTERED** in EPA's and Intervenors' favor. This is a final, appealable order. The Clerk of Court is directed to close the case.

**SO ORDERED**.

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: August 7, 2025